```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A01-0333--CV (JKS)
             "ELISHA SHEPHERD V MILTON J. JAKEWAY ET AL"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/07/01
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                    403 US 388
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 11/07/01 receipt # 00116191
          Trial by: Jury
```

```
Parties of Record:                      Counsel of Record:

PLF 1.1         SHEPHERD, ELISHA             LeRoy "Gene" E. DeVeaux
                                             DeVeaux & Associates
                                             701 W. 41st Avenue, Suite 201
                                             Anchorage, AK 99503-6604
                                             907-565-2906
                                             FAX 907-565-2933

                                             Yale H. Metzger
                                             Law Offices of Yale H. Metzger
                                             101 E. 9th Avenue, Suite 7A
                                             Anchorage, AK 99501
                                             907-258-4110
                                             FAX 907-277-1894

DEF 1.1         JAKEWAY, MILTON J.           Richard L. Pomeroy
                                             U.S. Attorney's Office
                                             222 W. 7th Avenue, #9
                                             Anchorage, AK 99513-7567
                                             907-271-5071

DEF 2.1         UNITED STATES OF AMERICA     Richard L. Pomeroy
                                             (see above)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A01-0333--CV (JKS)
                "ELISHA SHEPHERD V MILTON J. JAKEWAY ET AL"

                         For all filing dates
```

   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 11/07/01
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (440) Other Civil Rights
                     403 US 388
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 11/07/01 receipt # 00116191
           Trial by: Jury


```
Document #   Filed      Docket text

   1 -   1   11/07/01   Complaint filed; Summons issued.

   1 -   2   11/07/01   PLF 1 Jury Demand.

   2 -   1   11/28/01   USA Notice of error in summons.

   3 -   1   01/14/02   DEF 1 Answer to Complaint.

   4 -   1   01/15/02   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 21 days. cc: cnsl

   5 -   1   01/17/02   DEF 1 Certification that DEF 1 was acting in scope of employment as
                        employee of USA.

   6 -   1   01/17/02   DEF 1 Notice of substitution.

   6 -   2   01/17/02   DEF 1 motion to amend caption.

   7 -   1   01/17/02   DEF 1 motion to dismiss.

   8 -   1   02/04/02   PLF 1 (conditional) non-opposition to DEF 1 motion to dismiss (7-1).

   9 -   1   02/05/02   DEF 1 Initial Case Status Report and discovery plan.

  10 -   1   02/08/02   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 12/31/02; Dispositive motions deadline 02/14/03; Estimate of
                        TBJ 4 days. cc: cnsl

  11 -   1   02/11/02   JKS Minute Order granting motion to amend caption (6-2), granted w/out
                        prejudice motion to dismiss (7-1).  cc: cnsl

  12 -   1   05/10/02   DEF 1 Stipulation for protective order.

  12 -   2   05/17/02   JKS Order granting stipulation for protective order (12-1). cc: cnsl

  13 -   1   10/31/02   DEF 1 Witness List.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A01-0333--CV (JKS)
                        "ELISHA SHEPHERD V MILTON J. JAKEWAY ET AL"

                                   For all filing dates


Document #    Filed      Docket text

  14 -   1   11/06/02    PLF 1 Attorney Appearance of LeRoy E. DeVeaux as co-cnsl.

  15 -   1   11/15/02    Stipulation for amendment w/att proposed 1st amended cmplt.

  16 -   1   11/19/02    JKS Order granting stip for amendment of plf's cmplt (15-1); def's ans
                         due 12/02/02. cc: cnsl

  17 -   1   11/19/02    PLF 1 Complaint (Amended).

  18 -   1   12/04/02    DEF 1-2 Answer to Amended Complaint.

  19 -   1   12/04/02    PLF 1 Errata to first amended complaint w/att amended complaint.

  20 -   1   01/21/03    PLF 1; DEF 1-2 motion (joint) for extension of discovery deadlines;
                         close of discovery to 05/01/03; dispositive motions to 07/01/03.

  20 -   2   01/23/03    JKS Order granting mot (joint) for ext of disc ddlns (20-1) & setting
                         the following dates: Disc to close 05/01/03; Disp mots ddln 07/01/03.
                         cc: cnsl

  21 -   1   02/12/03    PLF 1 motion for summary judgment w/att memo & exhs.

  22 -   1   02/27/03    DEF 1-2 Unopposed motion for extension of time to 03/14/03 to oppose
                         plaintiff's motion for summary judgment.

  23 -   1   02/28/03    JWS Order granting unopposed mot for ext of time to 03/14/03 to oppose
                         plf's mot for sj (22-1). cc: cnsl

  24 -   1   03/17/03    DEF 1-2 motion for extension of time until 3/24/03 to file opposition to
                         motion for summary judgment.

  25 -   1   03/19/03    JKS Order granting motion for extension of time until 3/24/03 to file
                         opposition to motion for SJ (24-1). cc: cnsl

  26 -   1   03/19/03    PLF 1 motion to quash depositions of Major General Lovelace & Lieutenant
                         Colonel Mulcahy.

  27 -   1   03/24/03    DEF 1-2 opposition to PLF 1 motion for summary judgment (21-1) w/att
                         exhs.

  27 -   2   03/24/03    DEF 1-2 motion (cross) for summary judgment w/att exhs.

  28 -   1   03/28/03    PLF 1 oppo PLF 1 mot to quash depos of Major General Lovelace &
                         Lieutenant Colonel Mulcahy (26-1).

  29 -   1   04/07/03    DEF 1-2 reply to oppo to PLF 1 mot to quash depos of Major General
                         Lovelace & Lieutenant Colonel Mulcahy (26-1).

  30 -   1   04/08/03    PLF 1 motion (petition) for an order to show cause why Lt. Colonel Peter
                         Mulcahy a witness should not be held in contempt of court for failure to
                         obey a subpoena for deposition w/att memo & exhs.

  31 -   1   04/08/03    PLF 1 unopposed motion for extension of time to 04/18/03 to file reply
                         to motion for summary judgment and opposition to cross-motion for
                         summary judgment. cc: cnsl
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A01-0333--CV (JKS)
                     "ELISHA SHEPHERD V MILTON J. JAKEWAY ET AL"

                                  For all filing dates


 Document #   Filed      Docket text

    31 -  2   04/09/03   Order granting unopposed mot for ext of time to 04/18/03 to file reply
                         to motion for sj and oppo to cross-mot for sj (31-1). cc: cnsl

    32 -  1   04/09/03   JKS Minute Order denying mot (pet) for an order to show cause why Lt.
                         Colonel Peter Mulcahy a (30-1); granting mot to quash depos of Major
                         General Lovelace & Lieutenant Colonel Mu (26-1). cc: cnsl

    33 -  1   04/15/03   PLF 1 reply to oppo to PLF 1 mot for sj (21-1) w/att exhs.

    33 -  2   04/15/03   PLF 1 oppo to DEF 1-2 mot (cross) for sj (27-2) w/att exhs.

    34 -  1   04/21/03   DEF 2 Unopposed motion for extension of time to reply to plaintiff's
                         opposition to cross motion for summary judgment.

    34 -  2   04/22/03   Order granting unopposed mot for ext of time to reply to plf's oppo
                         (34-1); reply due 04/30/03. cc: cnsl

    35 -  1   04/23/03   DEF 1-2 oppo to PLF 1 mot (pet) for an order to show cause why Lt.
                         Colonel Peter Mulcahy a wit should not be held in contempt of court for
                         failure to obey a subpoena for depo (30-1).

    36 -  1   04/30/03   DEF 1-2 motion for extension of time to 05/06/03 to reply to
                         cross-motion for summary judgment.

    36 -  2   05/01/03   JKS Order granting mot for ext of time to 05/06/03 to reply to cross-mot
                         for sj (36-1). cc: cnsl

    37 -  1   05/06/03   DEF 1-2 reply to oppo to DEF 1-2 motion (cross) for sj (27-2).

    38 -  1   05/14/03   PLF 1 Request for Oral Argument re: PLF 1 motion for summary judgment
                         (21-1), DEF 1-2 motion (cross) for summary judgment (27-2).

    39 -  1   08/08/03   JKS Order denying motion for summary judgment (21-1); granting in part
                         and denying in part motion (cross) for summary judgment (27-2).
                         Remaining for trial are Shepherd's Bivens claim against Jakeway and
                         Shepherd's IIED claim against the Government   cc: cnsl

    40 -  1   08/13/03   JKS Order re: certification of readiness for trial; parties to certify
                         or file a report within 15 days from the date of this order. cc:cnsl

    41 -  1   08/27/03   PLF 1 Report pursuant to crt's ord dated 8/12/03.

    42 -  1   09/11/03   JKS Order setting the following dates: Disc to close 12/31/03; FPTC
                         05/13/04 at 9:00 a.m.; PT Docs due due 03/12/04; Trial date 06/07/04 at
                         9:00 a.m. cc: cnsl

    43 -  1   02/25/04   JKS Minute Order vacating FPTC previously set for 05/13/04 and resetting
                         to 05/12/04 at 4:00 p.m. cc: cnsl

    44 -  1   03/05/04   DEF 1-2 motion to exclude testimony of Bruce Smith w/att exh.

    45 -  1   03/05/04   DEF 1-2 motion (expedited) to reschedule trial date and pretrial
                         calendar.

    46 -  1   03/12/04   JKS Minute Order granting mot (expedited) to reschedule trial date and
                         Pt calendar (45-1); FPTC previously set for 05/12/04 is vacated and
                         reset for 10/01/04 at 4:00 p.m.; TBJ previously set for 06/07/04 is
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A01-0333--CV (JKS)
                      "ELISHA SHEPHERD V MILTON J. JAKEWAY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | vacated and reset for 11/01/04 at 9:00 a.m.; pt docs are due 07/30/04. cc: cnsl |
| 47 - 1 | 03/15/04 | PLF 1 opposition to DEF 1-2 motion to exclude testimony of Bruce Smith (44-1). |
| 48 - 1 | 03/19/04 | DEF 1-2 reply to opposition to DEF 1-2 motion to exclude testimony of Bruce Smith (44-1). |
| 49 - 1 | 03/25/04 | JKS Minute Order setting o/a on mot to exclude testimony on 4/7/04 at 9:00 a.m.. cc: cnsl |
| 50 - 1 | 04/07/04 | PLF 1 Notice of withdraw of Dr. Bruce Smith as a witness. |
| 50 - 2 | 04/07/04 | PLF 1 motion (request) for status conference regarding deadlines. |
| 50 - 3 | 04/07/04 | Clerk's Notice withdrawing mot to exclude testimony of Bruce Smith (44-1). |
| 51 - 1 | 04/07/04 | JKS Court Minutes [ECR: Caroline Edmiston] O/A on def's mot to exclude test of Dr. Bruce Smith Held 04/07/04; crt directed govt cnsl to notify crt re: reassignment to another judge; if no reassignment is req o/a to cont. |
| 52 - 1 | 04/16/04 | JKS Minute Order setting a stat conf for 05/27/04 at 10:00 a.m. cc: cnsl |
| 53 - 1 | 05/27/04 | JKS Court Minutes [ECR: Denali Elmore] Stat conf re: ddlns Held 05/27/04; stat conf cont to 06/18/04 at 9:00 a.m.; parties to prepare a proposed amended order setting date for a FPTC and ddlns for PT docs for the next hrg. cc: cnsl |
| 54 - 1 | 06/18/04 | JKS Court Minutes [ECR: Linda Christensen] re: cont stat conf held 6/18/04; plf cnsl to submit joint prop S&P ord & stip protective ord. cc: cnsl |
| 55 - 1 | 06/23/04 | Stipulation to enter amended order setting date for final pretrial conference and deadlines for pretrial documents w/att amended order. |
| 55 - 2 | 06/24/04 | JKS Order approving stip to enter amended ord setting date for FPTC & ddln for pretrial docs (55-1). cc: cnsl |
| 56 - 1 | 06/24/04 | JKS Amended Order setting FPTC on 1/24/05 at 4:00 p.m.; disc to close 09/17/04; pre-trial docs, exhs & exh list due 10/22/04; TBJ set date 03/07/05 at 9:00 a.m.. cc: cnsl, JC |
| 57 - 1 | 06/24/04 | PLF 1 Witness List. |
| 58 - 1 | 06/28/04 | DEF 1-2 Witness List. |
| 59 - 1 | 07/16/04 | PLF 1; DEF 1-2 Stipulation for protective order: re videotape. |
| 60 - 1 | 07/19/04 | JKS Order granting stip for protective order: re videotape (59-1). cc: cnsl |
| 61 - 1 | 07/23/04 | PLF 1 Notice & receipt regarding copy of tape re: protective order. |
| 62 - 1 | 08/05/04 | PLF 1 Address Change Notice. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A01-0333--CV (JKS)
                       "ELISHA SHEPHERD V MILTON J. JAKEWAY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 63 - 1 | 08/13/04 | DEF 1-2 motion on shortened time for consideration of mot for psychiatric exam & memo in support. |
| 64 - 1 | 08/13/04 | DEF 1-2 motion for psychiatric examination in support. |
| 65 - 1 | 08/16/04 | JKS Minute Order granting motion on shortened time for consideration of mot for psychiatric exam & memo (63-1); pltf's oppo to def's mot for psychiatric exam (64-1) due 8/23/04; def's reply due 8/30/04. cc: cnsl |
| 66 - 1 | 08/17/04 | DEF 1-2 motion on shortened time for reconsideration of dkt #65 w/att exhs. |
| 66 - 2 | 08/17/04 | JKS Order denying as moot motion on shortened time for reconsideration of dkt #65 (66-1). cc: cnsl |
| 67 - 1 | 08/17/04 | PLF 1 motion & memo to vacate ex parte order at dkt #65 w/att exhs. |
| 67 - 2 | 08/17/04 | PLF 1 motion for enlargement of time to oppos def's mot to compel civil rule 35 exam w/att exhs. |
| 68 - 1 | 08/17/04 | DEF 1-2 Amended Affidavit of svc re: DEF 1-2 motion on shortened time for reconsideration of dkt #65 (66-1). |
| 69 - 1 | 08/25/04 | DEF 2 opposition to PLF 1 motion to vacate ex parte order at dkt #65 (67-1), PLF 1 motion for enlargement of time to oppos def's mot to compel civil rule 35 exam (67-2). |
| 70 - 1 | 08/26/04 | JKS Minute Order denying motion & memo to vacate ex parte order at dkt #65 (67-1); granting motion for enlargement of time to oppos def's mot to compel civil rule 35 exa (67-2); plf response to mot for psychiatric exam due 9/3/04; govt reply due 9/10/04. cc: cnsl |
| 71 - 1 | 09/02/04 | DEF 2 Notice of amendment of motion for psychological evaluation. |
| 72 - 1 | 09/03/04 | PLF 1 opposition to DEF 1-2 motion for psychiatric examination in support (64-1). |
| 73 - 1 | 09/10/04 | DEF 1-2 reply to opposition to DEF 1-2 motion for psychiatric examination in support (64-1). |
| 74 - 1 | 09/15/04 | DEF 1-2 motion to reschedule pretrial calendar w/att exh. |
| 75 - 1 | 09/15/04 | DEF 1-2 motion for consideration on shortened time re 74-1. |
| 76 - 1 | 09/16/04 | JKS Minute Order granting motion for consideration on shortened time re 74-1 (75-1); re hrg on defs mot to reschedule pretrial cal (74-1) & defs mot for psychiatric exam (64-1) set for 9/16/04 at 1:30 p.m. cc: cnsl |
| 77 - 1 | 09/17/04 | JKS Court Minutes [ECR: Elisa Singleton] re: Hrg on Mot to Reschedule Pretrial Calendar & Mot for Psyc Exam held 9/16/04; granting motion for psychiatric examination (64-1), motion to reschedule pretrial calendar (74-1); parties to file a stipulated order re resched date by 9/22/04. cc: cnsl |
| 78 - 1 | 09/30/04 | DEF 1-2 Status Report. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A01-0333--CV (JKS)
                           "ELISHA SHEPHERD V MILTON J. JAKEWAY ET AL"

                                       For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 79 - 1 | 10/07/04 | PLF 1 Address Change Notice of cnsl. |
| 80 - 1 | 10/12/04 | JKS Minute Order re parties to draft a stipulated order re the psychological exam at issue to be submitted by defs by 10/15/04. cc: cnsl |
| 81 - 1 | 10/15/04 | DEF 1-2 Notice of lodging order. |
| 82 - 1 | 10/22/04 | JKS Order re: psychological exam to be scheduled; pre-trial ddlns & trial date @ dkt 56 to be vacated; parties will req S&P conf to set new ddlns. cc: cnsl, JC |
| 83 - 1 | 03/10/05 | DEF 1-2 Joint Status Report. |
| 84 - 1 | 04/04/05 | JKS Order re parties to file settl memos as directed under seal w/Judge von der Heydt by 4/13/05. cc: cnsl, Judge von der Heydt |
| 85 - 1 | 04/11/05 | DEF 2 Expedited Motion for Extension of Time to File Settlement Memorandum |
| 85 - 2 | 04/12/05 | JAV Order granting expedited Motion for Extension of Time until 4/20/05 to File Settlement Memorandum (85-1). cc: cnsl, Judge Singleton |
| 86 - 1 | 04/19/05 | DEF 2 expedited motion for Two Day Extension of Time to File Settlement Memorandum. |
| 86 - 2 | 04/20/05 | JAV Order granting motion expedited for Two Day Extension of Time to File Settlement Memorandum (86-1). cc: cnsl, Judge Singleton |
| 87 - 1 | 04/27/05 | DEF 1-2 Notice of parties availability for settlement conference on 5/24,25 & 26. |
| 88 - 1 | 04/29/05 | JAV Order scheduling Settlement Conference on 5/25/05 at 9:30 a.m. cc: cnsl |
| 89 - 1 | 05/26/05 | JAV Order re Settlement; settlement not possible at this time. cc: cnsl, Judge Singleton |
| 90 - 1 | 06/21/05 | JKS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 91 - 1 | 07/06/05 | DEF 1-2 Status Report re: crt's order at doc #90 re parties not able to certify case is ready for trial; parties request that discovery be extended until 9/2/05. |
| 92 - 1 | 07/11/05 | JKS Minute Order that an updated status rpt due by 10/3/05; setting the following dates: Discovery extended to 09/02/05. cc: cnsl |
| 93 - 1 | 10/03/05 | PLF 1 Status Report. |
| 94 - 1 | 10/03/05 | JKS Minute Order that further stat rpt re certifying case rdy for trial due by 10/24/05. cc: cnsl |
| 95 - 1 | 10/24/05 | PLF 1 Status Report. |
| 96 - 1 | 10/27/05 | JKS Minute Order setting the following dates: Estimate of trial 6 days; Trial date 05/09/06 at 9:00. cc: cnsl |

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A01-0333--CV (JKS)
                             "ELISHA SHEPHERD V MILTON J. JAKEWAY ET AL"

                                         For all filing dates

Document #    Filed       Docket text
----------    --------    -----------

   97 -  1    11/03/05    JWS Order setting the following dates: FPTC set for 05/01/06 at 1:30
                          p.m.; TBJ set for 05/09/06; at 9:00 a.m.; Exhibits due 01/03/06. cc:
                          cnsl, JC

   98 -  1    11/28/05    DEF 1-2 motion for ext of time of certain pretrial filing deadlines.

   99 -  1    11/30/05    JKS Minute Order granting mot for ext of time of certain pretrial filing
                          ddlns (98-1); 1st set of pretrial docs due 1/10/06; 1st suppl trial brf
                          due 1/17/06. cc: cnsl
```