TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>          Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>          Defendants. | Case No. 3:01-cv-333-JKS<br><br>**NOTICE OF EXHIBIT REVIEW** |

    The parties, in accordance with this Court's Order at Docket No. 97, had originally scheduled an Exhibit Review for January 5, 2006 at 2:30 p.m. in the Clerk's Office.  Defendant's counsel is unable to attend the meeting due to illness.  The parties have agreed to a new meeting time of **January 6, 2006 at 3:00 p.m.** in the Clerk's Office.

    Respectfully submitted this 5th day of January, 2006, in Anchorage, Alaska.

///

///

///

///

///

///

                                    TIMOTHY M. BURGESS
                                    United States Attorney

                                    s/Richard L. Pomeroy
                                    Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2006,
a copy of the foregoing Notice of Exhibit Review
was served via facsimile on

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 99503-6604

Yale H. Metzger
Law Offices of Yale H. Metzger
101 E. 9th Avenue, Suite 7A
Anchorage, AK 99501


s/ Richard L. Pomeroy


SHEPHERD v. JAKEWAY, et al.
Case No. 3:01-cv-333-JKS      2