TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ELISHA SHEPHERD, | Case No. 3:01-cv-333-JKS |
|---|---|
| Plaintiff, | **DEFENDANTS' FINAL EXHIBIT LIST** |
| vs. | |
| MILTON J. JAKEWAY and the UNITED STATES OF AMERICA, | |
| Defendants. | |

The Defendant, United States of America, through counsel, submits its list of exhibits to be introduced at trial in the above-captioned matter:

| Exh. # | DESCRIPTION OF EXHIBIT | ID | | ADM |
|---|---|---|---|---|
| D-1 | Elisha Shepherd statement - 11/18/2000 | X | | |
| D-2 | Elisha Shepherd statement - 11/20/2000 | X | | |
| D-3 | Elisha Shepherd deposition | X | | |
| D-4 | Charles Shepherd deposition | X | | |
| D-5 | MP Report of Investigation | X | | |
| D-6 | Agent Investigative Report (Jakeway) | X | | |
| D-7 | Agent Investigative Report (Birt) | X | | |
| D-8 | Sworn Statement - David Kuhns | X | | |
| D-9 | Sworn Statement - Melissa Kuhns | X | | |
| D-10 | David Sandberg deposition | X | | |

| | | | | |
|---|---|---|---|---|
| D-11 | David Sperbeck report | X | | |
| D-12 | DSM-IV-TR (Excerpts to be substituted for treatise) | X | | |
| D-13 | Videotape (currently in custody of US Army Claims Litigation Division) | X | | |

Respectfully requested this 10th day of January, 2006, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2006,
a copy of the foregoing Defendants'
Final Exhibit List was served
via US mail on

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 99503-6604
(w/o exhibits)

Yale H. Metzger
Law Offices of Yale H. Metzger
101 E. 9th Avenue, Suite 7A
Anchorage, AK 99501
(w/exhibits)

s/ Richard L. Pomeroy

Defendants' Final Exhibit List
SHEPHERD v. JAKEWAY, et al.
Case No. 3:01-cv-333-JKS                2