TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | Case No. 3:01-cv-333-JKS<br><br>**PROPOSED ADDITIONAL QUESTIONS FOR JURY VOIR DIRE** |

　　　　Defendants propose the following questions be added to the Court's questionnaire to the jury:

　　　　1.　Do you know Dr. David Sandberg, who is expected to testify in this case?

　　　　2.　Do you know Dr. David Sperbeck, who is expected to testify in this case?

　　　　3.　Have you ever seen or been under the care of a psychologist?  Was that a positive or negative experience?  Do you have an opinion concerning psychologists that would affect your ability to serve as a juror?

　　　　4.　Have you ever had police search your home?  What were the circumstances?

　　　　5.　Do you trust the police?  Why or why not?

　　　　6.　Have you ever made a sexually explicit home video or movie?  Do you have opinions concerning people who have made such movies?

Respectfully requested this 10th day of January, 2006, in Anchorage, Alaska.

          TIMOTHY M. BURGESS
          United States Attorney

          s/Richard L. Pomeroy
          Assistant U.S. Attorney
          222 West 7th Ave., #9, Rm. 253
          Anchorage, AK 99513-7567
          Phone: (907) 271-5071
          Fax: (907) 271-2344
          E-mail: richard.pomeroy@usdoj.gov
          AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2006,
a copy of the foregoing Proposed Additional
Questions for Jury Voir Dire was served
electronically on Yale H. Metzger.

via US mail on

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 99503-6604


s/ Richard L. Pomeroy

Proposed Additional Questions for Jury Voir Dire
SHEPHERD v. JAKEWAY, et al.
Case No. 3:01-cv-333-JKS    2