TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>             Plaintiff,<br><br>     v.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>             Defendants. | Case No. 3:01-cv-333-JKS<br><br>**DEFENDANTS' FINAL WITNESS LIST** |

      In accordance with the scheduling and planning order Defendant, through counsel, submits the following list of the names, and where available to the defense, the last known addresses and telephone numbers of potential witnesses in this case:

    1.    Michael Wisel
          Former Military Police Investigator
          2252 Knoll Circle
          Anchorage, AK 99501
          (907) 677-3589

      Investigator Wisel responded to Shepherd residence on November 18, 2000. He was the primary investigator for the incident. He was present when Mr. Jakeway viewed the videotape.

    2.      Angela G. Birt, CW3
          11th MP Bn (CID)
          Building 2201, Support Ave.
          Fort Hood, TX 76542
          (254) 288-0859  Wk

Agent Birt was the agent in charge and Agent Jakeway's supervisor during the events on November 18, 2000. She was present at the Shepherd residence when the videotape was discovered and viewed. She gave Jakeway permission to view the tape.

    3.      Milton Jakeway
          c/o United States Attorney's Office
          222 W. 7th Ave., Rm. 253
          Anchorage, AK 99501

Agent Jakeway is the Defendant in this case.

    4.      SGT David C. Kuhns
          891 Crescent Commons Way
          Apt. 205
          Fayetteville, NC 28314
          (910) 987-5156

SGT Kuhns contacted the Military Police on November 18, 2000 in response to Plaintiff's call for help. He spoke to Charles Shepherd and Elisha the night of the suicide attempt.

    5.      Melissa Kuhns
          4108 East Jelinek Ave.
          Weston, WI 54476
          (715) 298-1050

Mrs. Kuhns had been watching the Plaintiff's children prior to the disturbance at the Plaintiff's residence on November 18, 2000 and was the individual whom Plaintiff called for help. She witnessed events before the MPs arrived and spoke to the Plaintiff after the event.

    6.      Elisha Shepherd
          c/o  Yale Metzger
          Law Offices of Yale H. Metzger
          425 G Street, Suite 510
          Anchorage, AK 99501

Defendants' Final Witness List
SHEPHERD v. JAKEWAY, et al.
Case No. 3:01-cv-333-JKS

7. SPC Charles Shepherd
   506B Richardson Dr.
   Fort Richardson, AK 99505
   (907) 384-0677

   SPC Shepherd is Plaintiff's husband and the individual who attempted to commit suicide on November 18, 2000.

8. Pam Scott
   c/o S.T.A.R.
   1057 W. Fireweed Lane
   Anchorage, Alaska 99502

   Ms. Scott was a counselor that plaintiff saw for her emotional distress.

9. David J. Sperbeck, Ph.D.
   2530 DeBarr Road
   Anchorage, Alaska 99508
   (907) 563-8816

   Dr. Sperbeck is an expert psychologist. He is retained to perform an independent medical examination on the plaintiff and to testify as to his findings pertaining to her claims of psychological damage.

10. All of Plaintiff's witnesses.

11. Any rebuttal witnesses.

12. Any witness needed to authenticate documents.

13. Any other witness whose identities are revealed through discovery.

Defendants' Final Witness List
SHEPHERD v. JAKEWAY, et al.
Case No. 3:01-cv-333-JKS

3

Respectfully requested this 10th day of January, 2006, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2006,
a copy of the foregoing Defendant's
Final Witness List was served
electronically on Yale H. Metzger.

via US mail on

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 99503-6604


s/ Richard L. Pomeroy

Defendants' Final Witness List
SHEPHERD v. JAKEWAY, et al.
Case No. 3:01-cv-333-JKS

4