Yale H. Metzger
Alaska Bar No. 9512082
Law Offices of Yale H. Metzger
101 East 9th Avenue, Suite 7A
Anchorage, Alaska 99501
Telephone (907) 258-4110

LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

RECEIVED
JAN 10 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD, </br></br> Plaintiff, </br></br> v. </br></br> MILTON J. JAKEWAY, and </br> UNITED STATES OF AMERICA, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. A01-333 Civil (JKS) </br> ) |

**Plaintiff's Proposed Jury Instructions**

COMES NOW the Plaintiff, through her attorneys, and submits the following proposed jury instructions:

1. Deprivation of Constitutional Right.
   See attached.

2. 9th Cir. Model Civil Jury Instruction No. 5.1
   Burden of Proof - Preponderance of the Evidence

3. 9th Cir. Model Civil Jury Instruction No. 5.2
   Burden of Proof - Clear and Convincing Evidence

4. 9th Cir. Model Civil Jury Instruction No. 7.1
   Damages - Proof

5. 9th Cir. Model Civil Jury Instruction No. 7.2
   Measure of Types of Damages

6. 9th Cir. Model Civil Jury Instruction No. 7.4
   Damages Arising in the Future - Discount to
   Present Cash Value

7.  9th Cir. Model Civil Jury Instruction No. 7.5
    Punitive Damages

8.  9th Cir. Model Civil Jury Instruction No. 7.6
    Nominal Damages

9.  Alaska Civil Pattern Jury Instruction No. 20.11
    Aggravation of Pre-Existing Condition or Disability.

**DATED** this 10TH day of January 2006 at Anchorage, Alaska.
The Law Offices of Yale H. Metzger
Attorney for the Plaintiff

*/s/ Yale H. Metzger*
Yale H. Metzger
Alaska Bar No. 9512082


DeVeaux & Associates
Attorney for the Plaintiff

*/s/ Yale H. Metzger*
LeRoy E. (Gene) DeVeaux
Alaska Bar No. 7310040


A true and correct copy of the foregoing was hand delivered/ mailed to the following this 10th day of January 2006:

Richard L. Pomeroy, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 Wet 7th Avenue, No. 9, Room 253
Anchorage, Alaska 99513-7567

*/s/ Yale H. Metzger*
Yale H. Metzger

2

**Plaintiff's Jury Instruction No. 1**

The Court has determined that the Defendant Milton Jakeway violated the right of the Plaintiff Elisha Shepherd under the 4th Amendment of the Constitution of the United States to be free from unreasonable searches. The law permits you to award, in addition to any actual out-of-pocket expenses or pecuniary losses, compensation for emotional distress shown by the evidence to have resulted from the wrong.

If you find that no substantial damages resulted from the wrong, you may award nominal damages.

If you find, in accordance with the instructions I have given you, that the Defendant's conduct is such as to warrant an award of punitive damages, such an award is proper.


Modified from G. Douthwaite, <u>Jury Instructions on Damages in Tort Actions</u>, (2 ed. Michie, 1988 & 1992 Supp.), Instruction No. 14-1, Deprivation of Constitutional Rights - General Instruction.