Yale H. Metzger
Alaska Bar No. 9512082
Law Offices of Yale H. Metzger
101 East 9th Avenue, Suite 7A
Anchorage, Alaska 99501
Telephone (907) 258-4110

LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

RECEIVED
JAN 1 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>            Plaintiff,<br><br>v.<br><br>MILTON J. JAKEWAY, and<br>UNITED STATES OF AMERICA,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A01-333 Civil (JKS)<br>)<br>) |

### Plaintiff's Proposed Voir Dare Questions

COMES NOW the Plaintiff, through her attorneys, and submits the following proposed voir dare questions:

1.  Do you believe that a person's right to privacy is important?

2.  Do you believe that the right to privacy includes being left alone by the government unless the government has a good reason to become involved in a person's life?

3.  Are you prepared to award money damages to the Plaintiff if you find that she proves that she was harmed by the conduct of the Defendant?

4.  Do you have any problem or concern with serving on a jury in a case involving a video tape containing nudity?

1

5. Do you believe that among all conduct in which a person has an expectation of privacy, perhaps the greatest expectation of privacy between a married couple is their conduct in their bedroom?

6. Do you believe that there is anything inherently improper about a married couple voluntarily video taping themselves engaged in sexual relations for their personal and private viewing?

6(a). (If necessary) If you have personal feelings that such conduct is improper, will you set them aside and decide the present case based on the evidence instead of your personal feelings?

7. Do you believe that it would be emotionally distressing for a married person to learn that a stranger viewed her engaged in sexual relations with her husband?

8. Do you believe that the police sometimes engage in improper conduct?

9. Would you excuse the misconduct of a police officer because he or she is a police officer?

10. Will you believe the testimony of a police officer over the testimony of others?

11. Are you related to any law enforcement officer? Who? How?

12. Have you ever lived on a military base? If so, under what circumstances? When? How long?

2

DATED this 10TH day of January 2006 at Anchorage, Alaska.

          The Law Offices of Yale H. Metzger
          Attorney for the Plaintiff

          _____
          Yale H. Metzger
          Alaska Bar No. 9512082

          DeVeaux & Associates
          Attorney for the Plaintiff

          _____
          LeRoy E. (Gene) DeVeaux
          Alaska Bar No. 7310040

A true and correct copy of the foregoing was (hand delivered) mailed to the following this 10TH day of January 2006:

Richard L. Pomeroy, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 Wet 7th Avenue, No. 9, Room 253
Anchorage, Alaska 99513-7567

_____
Yale H. Metzger

3