Yale H. Metzger
Alaska Bar No. 9512082
Law Offices of Yale H. Metzger
101 East 9th Avenue, Suite 7A
Anchorage, Alaska 99501
Telephone (907) 258-4110

LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

RECEIVED
JAN 1 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ELISHA SHEPHERD,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **MILTON J. JAKEWAY, and** **UNITED STATES OF AMERICA,** | ) ) ) ) Case No. A01-333 Civil (JKS) |
| Defendants. | ) ) |

### Plaintiff's Final Exhibit List

COMES NOW the Plaintiff, through her attorneys, and submits the following as her Final Exhibit List:

| | | Identified | Admitted |
|---|---|---|---|
| P1 | Angela Birt Deposition Transcript | _____ | _____ |
| P2 | Milton Jakeway Deposition Transcript (Vols. I & II) | _____ | _____ |
| P3 | Matthew Miller Deposition Transcript | _____ | _____ |
| P4 | Michelle Shepherd Deposition Transcript | _____ | _____ |
| P5 | David Sperbeck, Ph.D. Deposition Transcript | _____ | _____ |
| P6 | Michael Wisel Deposition Transcript | _____ | _____ |

1

|     |                                                    | Identified | Admitted |
|-----|----------------------------------------------------|------------|----------|
| P7  | Defendants' Initial Disclosures                    | _____    | _____  |
| P8  | Defendants' Discovery Responses                    | _____    | _____  |
| P9  | S.T.A.R. Records                                   | _____    | _____  |
| P10 | Photograph of Video Tape and Photocopy of Box      | _____    | _____  |
| P11 | Photographs of Shepherd Residence taken by C.I.D.  | _____    | _____  |
| P12 | Negatives of Photographs taken by C.I.D.           | _____    | _____  |
| P13 | Documents Supplied to Defendants' Expert           | _____    | _____  |

**DATED** this 10TH day of January 2006 at Anchorage, Alaska.

The Law Offices of Yale H. Metzger
Attorney for the Plaintiff

_____
Yale H. Metzger
Alaska Bar No. 9512082

DeVeaux & Associates
Attorney for the Plaintiff

_____
LeRoy E. (Gene) DeVeaux
Alaska Bar No. 7310040

A true and correct copy of the
foregoing was hand delivered/
mailed to the following this
10TH day of January 2006:

Richard L. Pomeroy, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 Wet 7th Avenue, No. 9, Room 253
Anchorage, Alaska 99513-7567

_____
Yale H. Metzger

2