Yale H. Metzger
Alaska Bar No. 9512082
Law Offices of Yale H. Metzger
101 East 9th Avenue, Suite 7A
Anchorage, Alaska 99501
Telephone (907) 258-4110

LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

**RECEIVED**
JAN 1 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>    Plaintiff,<br><br>v.<br><br>MILTON J. JAKEWAY, and<br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. A01-333 Civil (JKS) |

### Plaintiff's Proposed Special Verdict Form

COMES NOW the Plaintiff, through her attorneys, and submits the attached proposed Special Verdict Form.

**DATED** this 10TH day of January 2006 at Anchorage, Alaska.

    The Law Offices of Yale H. Metzger
    Attorney for the Plaintiff

    _/s/ Yale H. Metzger_
    Yale H. Metzger
    Alaska Bar No. 9512082

    DeVeaux & Associates
    Attorney for the Plaintiff

    _/s/ LeRoy E. DeVeaux_
    LeRoy E. (Gene) DeVeaux
    Alaska Bar No. 7310040

A true and correct copy of the foregoing was hand delivered/ mailed to the following this 10TH day of January 2006:

Richard L. Pomeroy, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 Wet 7th Avenue, No. 9, Room 253
Anchorage, Alaska 99513-7567

*/s/ Yale H. Metzger*
Yale H. Metzger

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ELISHA SHEPHERD, )
 )
        Plaintiff, )
 )
v. )
 )
MILTON J. JAKEWAY, and )
UNITED STATES OF AMERICA, )
 )  Case No. A01-333 Civil (JKS)
        Defendants. )
 )

**SPECIAL VERDICT FORM**

WE THE JURY in the above titled action find from a preponderance of the evidence as follows:

1. That the Defendant's conduct in viewing the subject video tape cause Elisha Shepherd to suffer harm.
(Circle one)   Yes / No

If you answer "yes", go to question number 2. If you answer "no", go to number 5.

2. The amount will fairly compensate Elisha Shepherd for her physical as well as emotional pain, embarrassment, humiliation and anguish:

$ _____

Go to question number 3.

3. That the Defendant acted with malice or reckless indifference Elisha Shepherd's federally protected rights
(Circle one)    Yes / No

If you answer "yes", go to question number 4. If you answer "no", go to number 5.

1

4. The amount that will fairly punish the Defendant for his conduct is:

$ _____

5. SO SAY WE ALL.

DATED this \_\_\_ day of _____, 2006.

_____
Foreperson