IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No. 3:01-cv-333-JKS<br><br>**[PROPOSED] ORDER** |

　　　The United States of America's motion for leave to file first supplemental trial brief one day late is GRANTED.

_____　　　_____
Date:　　　　　　　　　　　　　　　　　　James K. Singleton
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge