DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>   Plaintiff,<br><br> v.<br><br>MILTON J. JAKEWAY, UNITED STATES OF AMERICA<br><br>   Defendants. | Case No. 3:01-cv-333-JKS<br><br>MOTION ON SHORTENED TIME FOR EXTENSION OF TIME TO FILE PROPOSED PRETRIAL ORDER AND SECOND TRIAL BRIEF |

   The Defendants, through counsel, moves, on shortened time, for an extension of time to file the Proposed Pretrial Order and Second Trial Brief. The deadlines contained in this Court's Order at Docket No. 97 for filing those two documents are February 2, 2006 and February 9, 2006, respectively. Shortened time is required because the first deadline is in two days.

   This extension is requested because of the combination of the undersigned being sick

most of the month of January, coupled with an underestimation of the amount of time that would be required in preparation of the pretrial order and the unanticipated scheduling of several depositions and meetings in other cases in addition to pre-existing motion and discovery deadlines that have not allowed sufficient time to complete the pretrial order.

Defendant respectfully asks for an extension of time until February 13, 2006, to file the Proposed Pretrial Order and until February 24, 2006 for the parties to file their Second Supplemental Trial Briefs, if any.

It is not anticipated that this will cause any prejudice to Plaintiff.

Respectfully submitted this 31st day of January, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2006,
a copy of the foregoing Defendant's
MOTION ON SHORTENED TIME FOR
EXTENSION OF TIME TO FILE PROPOSED
PRETRIAL ORDER AND SECOND TRIAL BRIEF
was served electronically on Yale H. Metzger.

via US mail on

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 99503-6604


s/ Richard L. Pomeroy