IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>    Plaintiff,<br><br>v.<br><br>MILTON J. JAKEWAY, UNITED STATES OF AMERICA<br><br>    Defendants. | )<br>)  Case No. 3:01-cv-333-JKS<br>)<br>)  **[PROPOSED] ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The United States' motion for extension of time is **GRANTED**.

The parties shall have until February 13, 2006, to file the Proposed Pretrial Order and until February 24, 2006 for the parties to file their Second Supplemental Trial Briefs, if any.

Dated this _____ day of January, 2006.


_____
James K. Singleton, Jr.
U.S. District Court Judge