DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD, ) | |
| ) | Case No. 3:01-cv-333-JKS |
| Plaintiff, ) | |
| ) | MOTION ON SHORTENED TIME |
| v. ) | FOR SECOND EXTENSION OF |
| ) | TIME TO FILE PROPOSED |
| MILTON J. JAKEWAY, UNITED ) | PRETRIAL ORDER |
| STATES OF AMERICA ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Defendants, through counsel, move, on shortened time, for an extension of time to file the Proposed Pretrial Order. The present deadline for filing the Pretrial Order is February 13, 2006. Shortened time is required because the first deadline is upon us.

This extension is necessary due to a combination of the undersigned's continued ill health and it was unanticipated that three entire days last week would be consumed by

depositions in another case.

Defendant respectfully asks for an extension of time until February 17, 2006, to file the Proposed Pretrial Order. This does not effect the deadline for filing a Second Supplemental Trial Brief, if any.

It is not anticipated that this will cause any prejudice to Plaintiff.

Respectfully submitted this 12th day of February, 2006, in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/Richard L. Pomeroy
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-2344
> E-mail: richard.pomeroy@usdoj.gov
> AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2006,
a copy of the foregoing Defendant's
MOTION ON SHORTENED TIME FOR
EXTENSION OF TIME TO FILE PROPOSED
PRETRIAL ORDER
was served electronically on Yale H. Metzger.

via fax on

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 99503-6604


s/ Richard L. Pomeroy


SHEPHERD v. JAKEWAY, et al.
Case No. 3:01-cv-333-JKS               2