IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>    Plaintiff,<br><br>v.<br><br>MILTON J. JAKEWAY, UNITED STATES OF AMERICA<br><br>    Defendants. | )<br>)  Case No. 3:01-cv-333-JKS<br>)<br>)  **[PROPOSED] ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The United States' motion for extension of time is **GRANTED**. The parties shall have until February 17, 2006, to file the Proposed Pretrial Order.

Dated this _____ day of February, 2006.


_____
James K. Singleton, Jr.
U.S. District Court Judge