IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,               )<br>                                               )<br>        Plaintiff,              )<br>                                               )<br>    v.                          )<br>                                               )<br>MILTON J. JAKEWAY, UNITED      )<br>STATES OF AMERICA              )<br>                                               )<br>        Defendants.             )<br>                                               )<br>_____)  | Case No. 3:01-cv-333-JKS<br><br>**ORDER** |

The United States' motion for extension of time at **Docket No. 118** is **GRANTED**.

The parties shall have until **February 17, 2006**, to file the Proposed Pretrial Order.

Dated this 13th day of February, 2006.

/s/ James K. Singleton, Jr.
_____
James K. Singleton, Jr.
U.S. District Court Judge