DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>        Plaintiff,<br><br>  v.<br><br>MILTON J. JAKEWAY, UNITED STATES OF AMERICA<br><br>        Defendants. | Case No. 3:01-cv-333-JKS<br><br>**MOTION ON SHORTENED TIME FOR THIRD EXTENSION OF TIME TO FILE PROPOSED PRETRIAL ORDER** |

      The Defendants, through counsel, move, on shortened time, for an extension of time to file the Proposed Pretrial Order. The present deadline for filing the Pretrial Order is February 17, 2006. Shortened time is required because this first deadline is upon us.

      This extension is necessary due to slow progress in creating a draft of the Pretrial Order. A partial draft has been prepared and circulated to Plaintiff's counsel. It is anticipated that Defendants will have their additions completed by early next week, leaving

enough time for the parties to discuss what elements can be agreed upon and what elements will remain in dispute.

Defendant respectfully asks for an extension of time until February 24, 2006, to file the Proposed Pretrial Order and until March 3, 2006, for filing a Second Supplemental Trial Brief.

It is not anticipated that this will cause any prejudice to Plaintiff.

Respectfully submitted this 17th day of February, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2006,
a copy of the foregoing Defendant's
MOTION ON SHORTENED TIME FOR
EXTENSION OF TIME TO FILE PROPOSED
PRETRIAL ORDER was served electronically
on Yale H. Metzger.

via fax on

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 99503-6604
565-2933 FAX

s/ Richard L. Pomeroy