IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MILTON J. JAKEWAY, UNITED )<br>STATES OF AMERICA )<br>)<br>Defendants. )<br>) | Case No. 3:01-cv-333-JKS<br><br>**[PROPOSED] ORDER** |

The United States' motion for extension of time is **GRANTED**. The parties shall have until February 24, 2006, to file the Proposed Pretrial Order and until March 3, 2006, to file their second supplemental trial brief.

Dated this _____ day of February, 2006.

_____
James K. Singleton, Jr.
U.S. District Court Judge