IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>                    Plaintiff,<br><br>   vs.<br><br>MILTON J. JAKEWAY, UNITED STATES OF AMERICA,<br><br>                    Defendants. | Case No. 3:01-cv-00333-JKS<br><br>O R D E R |

      The United States has moved for an extension of time at **Docket No. 120.** The Plaintiff indicates that she does not oppose. Therefore, the Motion is **GRANTED**. The parties shall have until February 24, 2006, to file the Proposed Pretrial Order and until March 3, 2006, to file their second supplemental trial brief.

      Dated at Anchorage, Alaska, this 21st day of February 2006.

                                                     /s/ James K. Singleton, Jr.
                                                    **JAMES K. SINGLETON, JR.**
                                                      United States District Judge