DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-2344 fax
richard.pomeroy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD, ) | |
| ) | Case No. 3:01-cv-333-JKS |
| Plaintiff, ) | |
| ) | MOTION ON SHORTENED TIME |
| v. ) | FOR ONE DAY EXTENSION OF |
| ) | TIME TO FILE SECOND TRIAL |
| MILTON J. JAKEWAY, UNITED ) | BRIEF |
| STATES OF AMERICA ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Defendants, through counsel, move, on shortened time, for an extension of time to file their Second Trial Brief. The current deadline for the filing of said briefs is March 3, 2006. Shortened time is required because of the proximity of this deadline.

This extension is requested because counsel has been working on three appellate briefs, two judicial settlement conferences, one bankruptcy confirmation hearing, and a variety of issues in other cases that has not permitted the undersigned to finish the Second

Trial Brief.

Defendant respectfully asks for an extension of time of one day, until March 6, 2006, to file its Second Supplemental Trial Brief.

It is not anticipated that this will cause any prejudice to Plaintiff.

Respectfully submitted this 3rd day of March, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2006,
a copy of the foregoing Defendant's
MOTION ON SHORTENED TIME FOR
EXTENSION OF TIME TO FILE PROPOSED
PRETRIAL ORDER AND SECOND TRIAL BRIEF
was served electronically on Yale H. Metzger.

via FAX on

LeRoy E. DeVeaux
DeVeaux & Associates
565-2933 FAX

s/ Richard L. Pomeroy