IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,                )<br>                                                )<br>        Plaintiff,                       )<br>                                                )<br>    v.                                      )<br>                                                )<br>MILTON J. JAKEWAY, UNITED  )<br>STATES OF AMERICA             )<br>                                                )<br>        Defendants.                  )<br>                                                )<br>_____ ) | Case No. 3:01-cv-333-JKS<br><br>**[PROPOSED] ORDER** |

The United States' motion for extension of time is **GRANTED**.

Defendants shall have until March 6, 2006, to file its Second Supplemental Trial Brief.

Dated this _____ day of March, 2006.

_____
James K. Singleton, Jr.
U.S. District Court Judge