IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD, | ) |
| | ) Case No. 3:01-cv-333-JKS |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| MILTON J. JAKEWAY, UNITED STATES OF AMERICA | ) |
| | ) |
| Defendants. | ) |

The United States' motion for extension of time is **GRANTED**.

Defendants shall have until March 6, 2006, to file its Second Supplemental Trial Brief.

Dated this 6th day of March, 2006.

/s/ James K. Singleton, Jr.
James K. Singleton, Jr.
U.S. District Court Judge