## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Shepherd v. Jakeway*
Case No. 3:01-cv-00333-JKS

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Dan Maus, Case Management: 677-6123*

PROCEEDINGS:       ORDER FROM CHAMBERS

  The Court is in receipt of the parties' joint Motion for Clarification, filed at Docket No. 127. The parties have requested clarification of the Court's Order at Docket 39, which was entered in August 2003. The parties disagree on whether the Court's ruling on the objective reasonableness of Defendant Jakeway's actions relates to the *Bivens* claim or the intentional infliction of emotional distress cause of action. The Court will take up the matter at the final pretrial conference, currently set for 1:30 p.m., Monday May 8, 2006.

  **IT IS SO ORDERED.**


Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE: March 24, 2006

\*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.