DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| ELISHA SHEPHERD, | ) | No. 3:01-cv-333-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUBSTITUTION OF COUNSEL** |
| vs. | ) | |
| | ) | |
| MILTON J. JAKEWAY and the, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

The United States, through counsel, substitutes Susan J. Lindquist, Assistant

U. S. Attorney, as counsel for the Defendants, the United States of America and

Milton J. Jakeway.  Richard Pomeroy is no longer assigned to this case.

All further pleadings and correspondence, etc. shall be sent to the following

address:

> Susan J. Lindquist
> Assistant U.S. Attorney
> 222 West 7th Avenue, Room 253, #9
> Anchorage, AK  99513-7567
> (907) 271-5071
> Fax: (907) 271-2344
> E-mail: susan.lindquist@usdoj.gov

RESPECTFULLY SUBMITTED on this 11th day of April, 2006, in

Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Susan J. Lindquist
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3378
> Fax: (907) 271-2344
> E-mail: susan.lindquist@usdoj.gov
> AK #9008053

**CERTIFICATE OF SERVICE**
I hereby certify that on April 11, 2006
a copy of the foregoing Substitution of
Counsel was served electronically on
Yale H. Metzger and LeRoy E. DeVeaux.


s/ Susan J. Lindquist