DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>               Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the,<br>UNITED STATES OF AMERICA,<br><br>               Defendants. | No.  3:01-cv-333-JKS<br><br>**NOTICE TO DISCONTINUE ELECTRONIC SERVICE ON RICHARD L. POMEROY AND TO PROVIDE ELECTRONIC SERVICE TO SUSAN J. LINDQUIST** |

The United States and Milton J. Jakeway, through counsel, notifies the Court to discontinue electronic service in this case to Richard L. Pomeroy, Assistant U.S. Attorney.  Susan J. Lindquist is now the attorney of record.  Please provide documents electronically to Attorney Lindquist in this matter.

RESPECTFULLY submitted this 11th day of April, 2006

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ Richard L. Pomeroy
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3378
        Fax: (907) 271-2344
        E-mail: richard.pomeroy@usdoj.gov
        AK #8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2006
a copy of the foregoing **NOTICE TO
DISCONTINUE ELECTRONIC
SERVICE ON RICHARD L. POMEROY
AND TO PROVIDE ELECTRONIC
SERVICE TO SUSAN J. LINDQUIST**
was served electronically on Yale H. Metzger and
LeRoy E. DeVeaux.

s/ Richard L. Pomeroy