DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ELISHA SHEPHERD, | ) | No. 3:01-cv-333-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| vs. | ) | **OF SPECIAL ASSISTANT** |
| | ) | **U.S. ATTORNEY PATRICK** |
| MILTON J. JAKEWAY and the, | ) | **L. GARY** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

Patrick L. Gary, a Special Assistant U. S. Attorney for the District of Alaska, enters his appearance as co-counsel for the Defendants, the United States of America and Milton J. Jakeway. See Ex. A. In addition, pursuant to L.R.

83.1(e)(1), as an attorney for the U.S. Army, he may appear for the government if he is a member in good standing of a bar. He has produced a Certificate of Good Standing from the State Bar of Georgia. Exhibit B.

RESPECTFULLY SUBMITTED on this 3rd day of May, 2006, in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Susan J. Lindquist
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3378
> Fax: (907) 271-2344
> E-mail: susan.lindquist@usdoj.gov
> AK #9008053

**CERTIFICATE OF SERVICE**
I hereby certify that on 3 May 2006
a copy of the foregoing Entry of Appearance
was served electronically on
Yale H. Metzger and by U. S. Mail on:

LeRoy E. DeVeaux.
701 W. 41st Ave., Suite 201
Anchorage, AK 99503-6604

s/ Susan J. Lindquist