DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>                    Defendants. | Case No. 3:01-cv-333-JKS<br><br>**ERRATA RE : DEFENDANTS'<br>EXHIBIT D-12** |

    The United States and Mr. Jakeway, through counsel, notify the court of an error in its exhibits.  Counsel inadvertently filed Exhibit D-12, cover page and articles from the Diagnostic and Statistical Manual of Mental Disorders, without including the articles.  The articles are attached at Ex. A to this Errata.  A hard copy of the articles with a three hole punch will be delivered to the court.

Respectfully requested this 4th day of May, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Susan J. Lindquist
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3378
>Fax: (907) 271-2344
>E-mail: susan.lindquist@usdoj.gov
>AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2006
a copy of the foregoing ERRATA RE :
DEFENDANTS' EXHIBIT D-12 was served
electronically on Yale H. Metzger,
and by U. S. Mail on:

LeRoy E.DeVeaux.
701 W. 41st Ave., Suite 201
Anchorage, AK 99503-6604

s/ Susan J. Lindquist

Shepherd v. Jakeway, et al.
Case No. 3:01-cv-333-JKS                2