DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>             Plaintiff,<br><br>   vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>             Defendants. | Case No. 3:01-cv-333-JKS<br><br>JOINT MOTION TO SET TRIAL DATE FOR JULY 31 OR AUGUST 7 |

The parties have conferred a bout available trial dates.  They concluded that the weeks of July 31 and August 7, 2006 are available for trial.  They move the court to set trial on either of those two weeks.

Respectfully submitted May 12, 2006.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Susan J. Lindquist
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3378
> Fax: (907) 271-2344
> E-mail: susan.lindquist@usdoj.gov
> AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2006,
a copy of the foregoing
JOINT MOTION TO SET TRIAL DATE FOR JULY 31 OR AUGUST 7
was served electronically on Yale H. Metzger,
and LeRoy E.DeVeaux.

s/ Susan J. Lindquist