IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MILTON J. JAKEWAY, UNITED )<br>STATES OF AMERICA )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No. 3:01-cv-333-JKS<br><br>**[PROPOSED] ORDER SETTING TRIAL** |

The United States' joint motion to set the trial date for either the weeks of July 31 or August 7 is **GRANTED**. The trial shall begin on July 31, 2006/August 7, 2006.

Dated this _____ day of May, 2006.

_____
James K. Singleton, Jr.
U.S. District Court Judge