DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:01-cv-333-JKS<br><br>**MOTION FOR EXTENSION OF TIME**<br><br>*Filed on shortened time* |

MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,

through counsel, moves for an extension of time until June 23, 2006, to file

additional motions as ordered by the court to be filed by June 12, 2006.

Specifically, counsel was ordered to address whether the search violated the

Fourth Amendment of the U.S. Constitution and whether the Fed. R. of Evidence

allow the introduction of the fact that Ms. Shepherd owned two other adult videos

to rebut Ms. Shepherd's testimony regarding her character.

Defendants need more time because counsel is going to be out of state for

the next 13 days.  Counsel telephoned Mr. Metzger twice but was unable to reach

him to ask whether he opposed the motion.  Certainly the government would not

oppose Attorney Metzger receiving the same additional time to file his motions.

Respectfully requested this 31ˢᵗ day of May, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7ᵗʰ Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2006,,
a copy of the foregoing Motion for Extension
of Time was served electronically on
Yale H. Metzger, and LeRoy E.DeVeaux
via U.S. mail.

s/ Susan J. Lindquist