IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:01-cv-333-JKS<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME** |

The Defendants, through counsel, moved unopposed for an extension of time to file additional motions as ordered by the court to be filed by June 12, 2006. The motion is granted and the government/all parties shall have until June 23, 2006, to file their motions.

Date: _____          _____
                                    JAMES K. SINGLETON
                                    United States District Court Judge