IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No. 3:01-cv-333-JKS<br><br>**ORDER FOR<br>EXTENSION OF TIME** |

　　The Defendants, through counsel, seek an extension of time to file additional motions as ordered by the court to be filed by June 12, 2006. The motion is granted and the government/all parties shall have until June 23, 2006, to file their motions.

Date:  June 1, 2006　　　　　　　　　　　　　___/s/James K. Singleton_____
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge