DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>    Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 3:01-cv-00333-JKS<br><br>**NOTICE OF LODGING** |

  The Defendants, through counsel, hereby lodge with the Court a proposed

Order granting their Motion in Limine regarding admission of evidence of Ms.

Shepherd's ownership of two adult videotapes [Docket No. 140].

Respectfully submitted this 22nd day of June, 2006.

    DEBORAH M. SMITH
    Acting United States Attorney

    s/ Susan J. Lindquist
    Assistant U. S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3378
    Fax: (907) 271-2344
    E-mail: susan.lindquist@usdoj.gov
    AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2006,
a copy of the foregoing Notice of Lodging
was served electronically on
Yale H. Metzger, and by U. S. Mail on:

LeRoy E.DeVeaux.
701 W. 41st Ave., Suite 201
Anchorage, AK 99503-6604

s/ Susan J. Lindquist