IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>           Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>           Defendants. | Case No. 3:01-cv-333-JKS<br><br>**[PROPOSED] ORDER GRANTING<br>MOTION IN LIMINE TO ALLOW<br>THE ADMISSION OF EVIDENCE<br>THAT MS. SHEPHERD OWNED<br>TWO ADULT VIDEOTAPES** |

The Defendants, through counsel, filed their Motion in Limine to Allow the Admission of Evidence that Ms. Shepherd Owned Two Adult Videotapes. Having reviewed the Motion and found that the evidence is relevant and more probative than prejudicial, the Motion is granted. Defendants may elicit testimony related to Ms. Shepherd's ownership of two other adult videotapes. In addition, Ms. Shepherd's testimony about the ownership of the two other adult videotapes is admissible under Fed. R. Evid. 801(d)2, as a statement of a party present by the opponent.

Date: _____          _____
                                       JAMES K. SINGLETON
                                       United States District Court Judge