Exhibit List to

**UNITED STATES' MOTION TO ESTABLISH THAT THE VIDEOTAPE WAS LEGALLY SEARCHED**

A. Rules of Court Martial 301, definition of apprehension

B. Plaintiff's Trial Ex. P-1, Deposition of Angela Birt

C. Plaintiff's Trial Ex. P-8, Defendants' Discovery Responses

D. Plaintiff's Trial Ex. P-2, Deposition of Milton Jakeway

E. Defendant's Trial Ex. D-11 at 1 Photograph of the bed, basinet and gun cabinet