```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF ALASKA

 3  _____
                                            )
 4  ELISHA SHEPHERD,                        )
                                            )
 5              Plaintiff,                  )
                                            )
 6       vs.                                )
                                            )
 7  MILTON J. JAKEWAY, and                  )
    UNITED STATES OF AMERICA,               )
 8                                          )
                Defendants.                 )
 9                                          )
    Case No. A01-333 CIVIL (JKS)
10
    _____
11

12      VIDEO CONFERENCE DEPOSITION OF AGENT ANGELA BIRT
    _____
13
                     Pages 1 - 71
14              Thursday, March 4, 2004
                      10:58 A.M.

15          Taken by Counsel for Plaintiff
                         at
16    U.S. Attorney's Office, District of Alaska
      222 West Seventh Avenue, No. 9 Room 253
17             Anchorage, Alaska
```

**ORIGINAL**

CORRECTION SHEET:
■ Signature waived/time expired
☐ Signature waived
☐ Signed/dated/no corrections made
☐ Signed/dated/corrections made


PACIFIC RIM REPORTING 907/272-4383
www.courtreportingalaska.com



EXHIBIT B

1       So based on her giving us consent, we went
2  into the house to look for the weapons and to look for
3  other evidence related to the crimes that Charlie
4  Shepherd was later arrested for.
5       By the time I returned back to the house,
6  Jakeway and Wisel had gotten Shepherd cuffed and
7  dressed, and I'm not sure in what order that happened,
8  because I wasn't there.  He was taken out, put in a
9  patrol car, taken to the military police desk and
10 processed there, and then we continued to work the
11 crime scene, to assist MPI and Mr. Wisel in looking
12 for weapons and other evidence of the crimes.
13      During the time period that we were searching
14 the bedroom, which is where the gun cabinet was
15 located, we did see that the gun cabinet did have
16 broken glass, as Elisha Shepherd had explained to us
17 earlier.  And at one point Mr. Jakeway reached behind
18 the gun cabinet, between the gun cabinet and the wall,
19 and he pulled out an unmarked videocassette tape - it
20 was just black, no sleeve - and he turned to me and
21 said, What do you think?  And I said we should check
22 it out.
23      Based on my experience and training, I knew
24 that on some occasions people use videotapes to record
25 their suicide notes to their family so they can reach

1  then you went back into the residence to conduct some
2  more business, and then you left the residence after
3  you conducted that business.  Where did you go
4  immediately after that?
5      A    I'm not clear on your question.  Would you
6  like for me to recount?
7      Q    No.  I'm asking, did you go -- after you left
8  the residence, when you enter -- you enter the
9  residence the second time and then you left.  Upon
10 leaving, did you go back to your office, did you go
11 home in Eagle River?  What did you do?
12     A    No.  I left the residence the first time to
13 unload the gun outside.  When I did that, I put the
14 round in my pocket and I took the weapon with me over
15 to speak to Ms. Shepherd and talk with her further.
16 Then I came back to the residence and assisted in
17 completing the rest of the search, incident to
18 apprehension.
19     Q    And after that return to complete the search,
20 you ultimately left the residence, right?
21     A    We left the residence a number of times.
22 Ultimately we ended up having to search their cars, I
23 think, to find the final weapon.  And there might have
24 been some conversation about where the car keys were
25 and how we might be able to find those weapons, in