


EXHIBIT E

PLAINTIFF'S EXHIBIT
CASE NO. 3:01-cv 333 JKS
EXHIBIT NO. P11 iden