IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | Case No. 3:01-cv-333-JKS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ESTABLISH THAT THE VIDEOTAPE WAS LEGALLY SEARCHED** |

　　The Defendants, through counsel, filed their Motion to Establish that the Videotape was Legally Searched pursuant to the "incident to arrest" exception to the warrant requirement. Having reviewed the Motion and found that it has merit, the motion is granted. As the search at issue has now been found to be legal, there is no basis for the Plaintiff to maintain a Bivens' claim against Milton Jakeway and the claim against him is dismissed.


Date: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge