Yale H. Metzger
Alaska Bar No. 9512082
Law Offices of Yale H. Metzger
101 East 9th Avenue, Suite 7A
Anchorage, Alaska 99501
Telephone (907) 258-4110

LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ELISHA SHEPHERD,                )
                                )
            Plaintiff,          )
                                )
     v.                         )
                                )
MILTON J. JAKEWAY, and          )
UNITED STATES OF AMERICA,       )
                                )  Case No. A01-333 Civil (JKS)
            Defendants.         )
_____)

### OPPOSITION DEFENDANTS" TO MOTION IN LIMINE TO ALLOW THE ADMISSION OF EVIDENCE THAT MS. SHEPHERD OWNED TWO ADULT VIDEOTAPES

Elisha Shepherd, through her attorneys, opposes the Defendants' Motion in Limine to Allow the Admission of Evidence that Ms. Shepherd Owned Two Adult Videotapes.

The Defendants seek to offer evidence of the subject video tapes for no other reason than to attack the character of the Plaintiff in contravention of Evidence Rule 404. The Defendants' pretext for offering evidence of two commercially produced video tapes being present at the Shepherd residence is to contradict Ms. Shepherd's claims of her "modesty" and as evidence of whether she "exaggerates" her emotional distress. There is no suggestion by the Defendants that Ms. Shepherd

1

appeared in these commercially produces adult video tapes. The Defendant's arguments fail because they ignore that Ms. Shepherd's claims of modesty relate to people seeing her undressed - not some unknown actors in adult videos who consented to being viewed in the commercially produced tapes. As such, the presence of any adult video tapes in the Shepherd residence that do not depict Ms. Shepherd have no relationship to her claims of modesty.

Additionally, the existence of the subject video tapes is not relevant to any other issue in the captioned case, such as exaggeration of emotional distress, and are therefore inadmissible under Evidence Rule 402. Even if the existence of the video tapes is marginally relevant to some remote issue, they are more prejudicial than probative and should be excluded pursuant to Evidence Rule 403.

**DATED** this ____ day of July 2006 at Anchorage, Alaska.

The Law Offices of Yale H. Metzger
Attorney for the Plaintiff

Yale H. Metzger
101 E. 9th Ave., Suite 7
Anchorage, AK 99501
Phone: (907) 258-4110
Fax: (907) 277-1894
Email: yhmetzger@aol.com
Alaska Bar No. 9512082

DeVeaux & Associates
Attorney for the Plaintiff

LeRoy E. (Gene) DeVeaux
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906
Alaska Bar No. 7310040

A true and correct copy of the foregoing was served electronically to the following this 10TH day of July 2006:

Susan Lindquist, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, No. 9, Room 253
Anchorage, Alaska 99513-7567

/s/ Yale H. Metzger
Yale H. Metzger