DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>          Plaintiff,<br><br>   vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>         Defendants. | Case No. 3:01-cv-333-JKS<br><br>**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION AT DOCKET 144**<br><br>*Filed on shortened time* |

MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,

through counsel, moves for an extension of time until July 19, 2006, to file their

response in opposition to Defendant's Motion at Docket 144.  Counsel for

Defendants just returned to work full time on July 10th after surgery and requires

more time to prepare the response.

Respectfully requested this 11th day of July, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2006
a copy of the foregoing Motion for Extension
of Time to File Response in Opposition
to Motion at Docket 144 was served
electronically on Yale H. Metzger, and
by U S mail on:

LeRoy E.DeVeaux.
701 W. 41st Ave., Suite 201
Anchorage, AK 99503-6604

s/ Susan J. Lindquist

Shepherd v. Jakeway, et al.
Case No. 3:01-cv-333-JKS                    2