IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No. 3:01-cv-333-JKS<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION AT DOCKET 144** |

　　The Defendants, through counsel, moved for an extension of time to file their response in opposition to the Motion at Docket 144. The motion for extension of time is granted and the defendants shall have until July 19, 2006, to file their response.

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge