IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>  Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>  Defendants. | Case No. 3:01-cv-333-JKS<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION AT DOCKET 145** |

The Defendants, through counsel, moved for an extension of time to file their response in opposition to the Motion at Docket 145. The motion for extension of time is granted and the defendants shall have until July 19, 2006, to file their response.

Date: _____         _____
                                    JAMES K. SINGLETON
                                    United States District Court Judge