DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendants. | Case No. 3:01-cv-00333-JKS<br><br>**UNITED STATES' RESPONSE IN OPPOSITION TO MOTION AT DOCKET 142** |

　　　The Defendants, through counsel, responds in opposition to Ms. Shepherd's

Motion at Docket 142 regarding whether the search was legal by relying on its

brief that was simultaneously filed at Docket 146.

Respectfully submitted this 11th day of July, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Susan J. Lindquist
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3378
>Fax: (907) 271-2344
>E-mail: susan.lindquist@usdoj.gov
>AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2006
a copy of the foregoing United States'
Response in Opposition to Docket 142
was served electronically on Yale H. Metzger,
and by U. S. Mail on:

LeRoy E. DeVeaux.
701 W. 41st Ave., Suite 201
Anchorage, AK 99503-6604

s/ Susan J. Lindquist