IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendants. | Case No. 3:01-cv-333-JKS<br><br>**ORDER FOR<br>EXTENSION OF TIME TO FILE<br>RESPONSE IN OPPOSITION TO<br>MOTION AT DOCKET 145** |

　　The Defendants, through counsel, moved for an extension of time to file their response in opposition to the Motion at Docket 145. The motion for extension of time at **Docket No. 152** is **granted** and the defendants shall have until **July 19, 2006**, to file their response.

Date: <u>July 12, 2006</u>　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge