Yale H. Metzger
Alaska Bar No. 9512082
Law Offices of Yale H. Metzger
101 East 9th Avenue, Suite 7A
Anchorage, Alaska 99501
Telephone (907) 258-4110

LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **ELISHA SHEPHERD,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **MILTON J. JAKEWAY, and UNITED STATES OF AMERICA,** | ) ) ) ) Case No. A01-333 Civil (JKS) |
| Defendants. | ) ) |

**CROSS-MOTION FOR SUMMARY JUDGMENT**

Elisha Shepherd, through her attorneys, moves, pursuant to Civil Rule 56, for Summary Judgment to establish that the video tape viewed by the Defendants was not legally searched. This motion is supported by the attached memorandum and incorporates by reference the entre record before the Court in the captioned case in support of the motion.

/
/
/
/
/

1

DATED this 3RD day of August 2006 at Anchorage, Alaska.

>The Law Offices of Yale H. Metzger
> Attorney for the Plaintiff
>
> *[signature]*
>
> Yale H. Metzger
> 101 E. 9th Ave., Suite 7
> Anchorage, AK 99501
> Phone: (907) 258-4110
> Fax: (907) 277-1894
> Email: yhmetzger@aol.com
> Alaska Bar No. 9512082
>
> DeVeaux & Associates
> Attorney for the Plaintiff
>
> *[signature] for*
>
> LeRoy E. (Gene) DeVeaux
> 701 West 41st Avenue, Suite 201
> Anchorage, Alaska 99503
> Telephone (907) 565-2906
> Alaska Bar No. 7310040

A true and correct copy of the foregoing was served electronically to the following this 3RD day of August 2006:

Susan Lindquist, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, No. 9, Room 253
Anchorage, Alaska 99513-7567

*[signature]*
Yale H. Metzger