IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ELISHA SHEPHERD,                          )
                                          )
                Plaintiff,                )
                                          )
        v.                                )
                                          )
MILTON J. JAKEWAY, and                    )
UNITED STATES OF AMERICA,                 )
                                          )    Case No.A01-333 Civil (JKS)
                Defendants.               )
                                          )
_____   )

## ORDER GRANTING UNOPPOSED
## MOTION FOR EXTENSION OF TIME OR MOTION TO LATE FILE BRIEFS

Elisha Shepherd, through her attorneys, requests an extension of time, or alternatively leave to late file her reply to the (1) Defendants' Opposition to Plaintiff's Motion in Limine Re Defendants' Attempt to Apportion Fault (Docket 157), and (2) Defendants' Opposition to the Plaintiff's Supplemental Brief Re Causation (Docket 158), until Monday, August 7, 2006. The Motion for Extension of Time at Docket ___ is GRANTED and the Plaintiff shall have until August 7, 2006 to file her reply briefs.

Dated: _____          _____
                                JAMES K. SINGLETON
                                United States District Court Judge