IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No. 3:01-cv-333-JKS<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO CROSS-MOTION AT DOCKET 159** |

　　The Defendants, through counsel, moved for an extension of time to file their response in opposition to the Cross-Motion for Summary Judgment at Docket 159. The motion for extension of time is granted and the defendants shall have until August 30, 2006, to file their response.

Date: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　　　United States District Court Judge