DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No. 3:01-cv-00333-JKS<br><br>**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION TO STRIKE AT DOCKET 161** |

MILTON J. JAKEWAY and the UNITED STATES OF AMERICA, through counsel, move for an extension of time until August 30, 2006, to file their response in opposition to Defendant's Motion to Strike at Docket 161.  Counsel for Defendants has leave scheduled until August 21, 2006. Thereafter she is on jury duty and requires more time to prepare the response.

Respectfully requested this 10th day of August, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2006
a copy of the foregoing Motion for Extension
of Time to File Response in Opposition
to Motion to Strike at Docket 161 was served
electronically on Yale H. Metzger, and
by U S mail on:

LeRoy E.DeVeaux.
701 W. 41st Ave., Suite 201
Anchorage, AK 99503-6604

s/ Susan J. Lindquist