IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>               Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>               Defendants. | Case No. 3:01-cv-00333-JKS<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION TO STRIKE AT DOCKET 161** |

    The Defendants, through counsel, moved for an extension of time to file their response in opposition to the Motion to Strike at Docket 161. The motion for extension of time is granted and the defendants shall have until August 30, 2006, to file their response.


Date: _____          _____
                                     JAMES K. SINGLETON
                                     United States District Court Judge