IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | Case No. 3:01-cv-333-JKS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE OF COURT** |

　　　The United States of America's Motion for Leave of Court to file "Motion to Establish the Law Regarding the Availability of an Attorney Fee Award" is GRANTED. The Motion for Attorney Fees as previously submitted shall be filed with the Court and opposing counsel should respond within fifteen days of filing.

Date: _____　　　　_____
　　　　　　　　　　　　　　　　　　James K. Singleton
　　　　　　　　　　　　　　　　　　United States District Court Judge