IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>                 Plaintiff,<br><br>   vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>                 Defendants. | Case No. 3:01-cv-00333 (JKS)<br><br>O R D E R |

The United States of America's Motion for Leave of Court to file "Motion to Establish the Law Regarding the Availability of an Attorney Fee Award" at **Docket No. 171** is **GRANTED**. The Motion for Attorney Fees as previously submitted shall be filed with the Court and opposing counsel should respond within fifteen days of filing.

Dated at Anchorage, Alaska, this 3rd day of October 2006.

                                                     /s/ James K. Singleton, Jr.
                                                      **JAMES K. SINGLETON, JR.**
                                                        United States District Judge