Yale H. Metzger
Alaska Bar No. 9512082
Law Offices of Yale H. Metzger
101 East 9th Avenue, Suite 7A
Anchorage, Alaska 99501
Telephone (907) 258-4110

LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MILTON J. JAKEWAY, and ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3)01-cv-333 JKS |
| Defendants. ) | |

### CROSS-MOTION TO ESTABLISH THE LAW REGARDING AVAILABILITY OF AWARD OF ATTORNEY FEES

Elisha Shepherd, through her attorneys, submits her Cross-Motion to the Defendants' Motion to Establish the Law Regarding Availability of Attorney Fees. The Plaintiff seeks an order that she is entitled to an award of attorney's fees at the conclusion of the trial in the captioned case pursuant to the Equal Access to Justice Act ("EAJA") at 28 U.S.C. § 2412. This motion is supported by the Plaintiff's memorandum in response to the Defendants' Motion to Establish the Law Regarding Availability of Attorney Fees, which is incorporated herein by reference.

1

**DATED** this 18TH day of October 2006 at Anchorage, Alaska.

          The Law Offices of Yale H. Metzger
          Attorney for the Plaintiff

          */s/ Yale H. Metzger*
          Yale H. Metzger
          101 E. 9th Ave., Suite 7
          Anchorage, AK 99501
          Phone: (907) 258-4110
          Fax: (907) 277-1894
          Email: yhmetzger@aol.com
          Alaska Bar No. 9512082

          DeVeaux & Associates
          Attorney for the Plaintiff

          */s/ LeRoy E. DeVeaux*
          LeRoy E. (Gene) DeVeaux
          701 West 41st Avenue, Suite 201
          Anchorage, Alaska 99503
          Telephone (907) 565-2906
          Alaska Bar No. 7310040

A true and correct copy of the foregoing was served electronically to the following this 18TH day of October 2006:

Susan Lindquist, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, No. 9, Room 253
Anchorage, Alaska 99513-7567

*/s/ Yale H. Metzger*
Yale H. Metzger