NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>    Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 3:01-cv-00333-JKS<br><br>**DEFENDANTS' OPPOSITION TO THE CROSS MOTION AT DOCKET 175** |

  The United States opposes Elisha Shepard's ("Shepherd's") cross motion on the issue of attorney fees.  Shepherd did not ask leave to file her motion. Moreover it is totally unnecessary because the order which will address the Motion at Docket 173 regarding the availability of attorney fees, will address only

an issue of law and not provide any substantive relief for either party.

Should the court entertain the cross motion, the Defendants oppose it on the same grounds stated in its motion and reply at Dockets 173 and 176.

Respectfully submitted October 27, 2006.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2006,
a copy of the foregoing **DEFENDANTS' OPPOSITION TO THE CROSS MOTION AT DOCKET 175** was served electronically on Yale H. Metzger, and by U. S. Mail on:

LeRoy E. DeVeaux.
701 W. 41st Ave., Suite 201
Anchorage, AK 99503-6604

s/ Susan J. Lindquist