NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>              Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>              Defendants. | Case No. 3:01-cv-00333-JKS<br><br>**UNITED STATES' NOTICE OF INTENT TO USE THE COURT'S DIGITAL EVIDENCE PRESENTATION SYSTEM** |

The United States, through counsel, notifies the Court of its intent to use the

Court's Digital Evidence Presentation System (DEPS) in the trial of the above

captioned case, scheduled to commence November 27, 2006 at 9:00 a.m.

Respectfully submitted November 20, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on  November 20, 2006
a copy of the foregoing UNITED STATES' NOTICE OF
INTENT TO USE THE COURT'S DIGITAL EVIDENCE PRESENTATION SYSTEM was served
electronically on Yale H. Metzger,
and by U. S. Mail on:

LeRoy E.DeVeaux.
701 W. 41st Ave., Suite 201
Anchorage, AK 99503-6604

s/ Susan J. Lindquist