```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

ELISHA SHEPHERD                   vs. MILTON J. JAKEWAY, ET AL.

BEFORE THE HONORABLE JAMES K. SINGLETON   CASE NO. 3:01-cv-00333-JKS

DEPUTY CLERK/RECORDER:       APRIL KARPER

APPEARANCES:   PLAINTIFF:    LEROY DEVEAUX / YALE METZGER

               DEFENDANT:    SUSAN LINDQUIST / PATRICK GARY

PROCEEDINGS: TRIAL BY JURY - DAY 1 HELD NOVEMBER 27, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:28 a.m. court convened without the prospective jurors present.

Court and counsel heard re exhibits, jury instructions, voir dire, and trial procedure.

At 9:50 a.m. court recessed until 9:55 a.m. with 41 prospective jurors present.

Roll call performed by clerk.

At 10:00 a.m. court recessed until 10:02 a.m. with the prospective jurors present.

Court heard.

Qualifying oath administered by clerk.

Court heard. Parties introduced themselves.

General voir dire conducted.

At 11:04 a.m. court recessed until 11:16 a.m. without the prospective jurors present.

At 11:18 a.m. the prospective jurors entered the courtroom.

Court instructed clerk to call the names of 14 jurors; 14 jurors seated.

CONTINUED ON PAGE 2

DATE:   November 27, 2006      DEPUTY CLERK'S INITIALS:   ak

```
              CONTINUATION - PAGE 2
       ELISHA SHEPHERD vs. MILTON J. JAKEWAY, ET AL
                  3:01-cv-00333-JKS
                TRIAL BY JURY - DAY 1
                  November 27, 2006
----------------------------------------------------------------
```

Individual voir dire conducted.

At 12:04 p.m. the prospective jurors exited the courtroom.

Court and counsel heard re challenges for cause.

At 12:12 p.m. court recessed until 1:37 p.m. without the prospective jurors present.

Court and counsel heard re challenges for cause.

At 1:40 p.m. juror #1 entered courtroom and voir dire was conducted.

Court and counsel heard re stipulation to excuse juror #8 for cause.

At 1:47 p.m. juror #12 entered courtroom and voir dire was conducted.

At 2:11 p.m. juror #15 entered courtroom and voir dire was conducted.

At 2:15 p.m. juror #16 entered courtroom and voir dire was conducted.

At 2:24 p.m. juror #17 entered courtroom and voir dire was conducted.

Court and counsel heard re challenges for cause and peremptory challenges.

At 2:35 p.m. court recessed until 2:52 p.m. without the prospective jurors present.

Court and counsel heard re peremptory challenges.

CONTINUED ON PAGE 3

DATE:     November 27, 2006      DEPUTY CLERK'S INITIALS:     ak

```
                    CONTINUATION - PAGE 3
         ELISHA SHEPHERD vs. MILTON J. JAKEWAY, ET AL
                      3:01-cv-00333-JKS
                    TRIAL BY JURY - DAY 1
                      November 27, 2006
------------------------------------------------------------------
```

At 2:57 p.m. the prospective jurors entered the courtroom.

Jury Panel of 8 seated.

Empaneling oath administered.

At 3:02 p.m. the excess jurors were thanked and excused.

At 3:03 p.m. court recessed until 3:18 p.m. without the jury panel present.

At 3:18 p.m. the jury panel entered the courtroom.

Opening statements heard.

Preliminary jury instructions read.

Elisha Dawn Shepherd sworn and testified on behalf of the plaintiff.

At 4:30 p.m. court recessed this matter to reconvene **Tuesday, November 28, 2006 at 9:00 a.m.**

DATE:    November 27, 2006         DEPUTY CLERK'S INITIALS:    ak