```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

ELISHA SHEPHERD                    vs. MILTON J. JAKEWAY, ET AL.

BEFORE THE HONORABLE JAMES K. SINGLETON CASE NO. 3:01-cv-00333-JKS

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:     LEROY DEVEAUX / YALE METZGER

               DEFENDANT:     SUSAN LINDQUIST / PATRICK GARY

PROCEEDINGS: TRIAL BY JURY - DAY 2 HELD NOVEMBER 28, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:06 a.m. court convened without the jury panel present.

Court and counsel heard re exhibits.

At 9:09 a.m. the jury panel entered the courtroom.

Elisha Dawn Shepherd resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibits P-9, P-10, and P-11 **IDENTIFIED.**

At 10:10 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness testimony.

At 10:13 a.m. court recessed until 10:31 a.m. without the jury panel present.

Court and counsel heard re witnesses.

At 10:34 a.m. the jury panel entered to courtroom.

Lottie Gottschae sworn as reader for deposition testimony of Michelle A. Shepherd on behalf of the plaintiff.

Elisha Dawn Shepherd resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibit P-14 **IDENTIFIED.** Defendant's exhibits D-1 and D-2 **ADMITTED.** Defendant's exhibits D-11 **IDENTIFIED.**

At 11:59 a.m. court recessed until 1:35 p.m. without the jury panel present.

At 1:36 p.m. the jury panel entered the courtroom.

CONTINUED ON PAGE 2

DATE:   November 28, 2006        DEPUTY CLERK'S INITIALS:   ak

```
                    CONTINUATION - PAGE 2
         ELISHA SHEPHERD vs. MILTON J. JAKEWAY, ET AL
                      3:01-cv-00333-JKS
                    TRIAL BY JURY - DAY 2
                      November 28, 2006
-----------------------------------------------------------------
```

Elisha Dawn Shepherd resumed the stand and testified further on behalf of the plaintiff.

At 1:44 p.m. the jury panel exited the courtroom.

Court and counsel heard re exhibits.

At 1:52 p.m. the jury panel entered the courtroom.

Elisha Dawn Shepherd resumed the stand and testified further on behalf of the plaintiff.

At 2:01 p.m. court recessed until 2:14 p.m. without the jury panel present.

At 2:15 p.m. the jury panel entered the courtroom.

Elisha Dawn Shepherd resumed the stand and testified further on behalf of the plaintiff.

Michael Wisel sworn and testified on behalf of the plaintiff. Plaintiff's exhibits P-6 and P-12 **IDENTIFIED.**

At 3:25 p.m. the jury panel exited the courtroom.

Court and counsel heard re witness testimony.

Michael Wisel resumed the stand and testified further on behalf of the plaintiff.

Angela Gail Birt sworn and testified on behalf of the plaintiff. Plaintiff's exhibit P-1 **IDENTIFIED.**

At 4:31 p.m. court recessed this matter to reconvene **Wednesday, November 29, 2006 at 9:00 a.m.**


DATE:＿＿＿November 28, 2006＿＿＿  DEPUTY CLERK'S INITIALS:＿＿ak＿＿