MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ELISHA SHEPHERD                    vs. MILTON J. JAKEWAY, ET AL.

BEFORE THE HONORABLE JAMES K. SINGLETON   CASE NO. 3:01-cv-00333-JKS

DEPUTY CLERK/RECORDER:       APRIL KARPER

APPEARANCES:   PLAINTIFF:    LEROY DEVEAUX / YALE METZGER

               DEFENDANT:    SUSAN LINDQUIST / PATRICK GARY

PROCEEDINGS: TRIAL BY JURY - DAY 3 HELD NOVEMBER 29, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:07 a.m. court convened without the jury panel present.

Court and counsel heard re trial schedule and defendant's exhibit D-2.

Plaintiff's oral motion to **ADMIT** plaintiff's exhibits P-9, P-10, P-11, P-12, P-14, and P-15; **GRANTED.**

At 9:32 a.m. the jury panel entered the courtroom.

Milton John Jakeway sworn and testified on behalf of the plaintiff.

At 9:56 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness testimony.

At 10:02 a.m. the jury panel entered the courtroom.

Milton John Jakeway resumed the stand and testified further on behalf of the plaintiff.

At 10:20 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness statement and the 4th Amendment.

At 10:25 a.m. the jury panel entered the courtroom.

CONTINUED ON PAGE 2

DATE:   November 29, 2006        DEPUTY CLERK'S INITIALS:    ak

```
                    CONTINUATION - PAGE 2
        ELISHA SHEPHERD vs. MILTON J. JAKEWAY, ET AL
                       3:01-cv-00333-JKS
                    TRIAL BY JURY - DAY 3
                      November 29, 2006
------------------------------------------------------------------
```

Court instructed jury panel re witness testimony, the 4th Amendment, and constitutional law.

Milton John Jakeway resumed the stand and testified further on behalf of the plaintiff.

At 10:34 a.m. court recessed until 10:51 a.m. without the jury panel present.

At 10:52 a.m. the jury panel entered the courtroom.

Milton John Jakeway resumed the stand and testified further on behalf of the plaintiff.

At 11:21 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness testimony.

At 11:31 a.m. the jury panel entered the courtroom.

Milton John Jakeway resumed the stand and testified further on behalf of the plaintiff.

At 11:38 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness testimony, depositions, and expert witnesses.

At 12:11 p.m. court recessed until 1:38 p.m. without the jury panel present.

At 1:40 p.m. the jury panel entered the courtroom.

CONTINUED ON PAGE 3

DATE:    November 29, 2006        DEPUTY CLERK'S INITIALS:    ak

```
               CONTINUATION - PAGE 3
      ELISHA SHEPHERD vs. MILTON J. JAKEWAY, ET AL
               3:01-cv-00333-JKS
               TRIAL BY JURY - DAY 3
                November 29, 2006
```
-------------------------------------------------------------------

David Joseph Sperbeck sworn and testified on behalf of the defendant as an expert. Defendant's exhibit D-12 **IDENTIFIED.**

At 2:44 p.m. court recessed until 2:56 p.m. without the jury panel present.

At 2:58 p.m. the jury panel entered the courtroom.

David Joseph Sperbeck resumed that stand and testified further on behalf of the defendant as an expert. Plaintiff's exhibit P-13 **IDENTIFIED.**

David C. Kuhns sworn and testified on behalf of the defendant. Defendant's exhibit D-8 **IDENTIFIED.**

John T. Maltas sworn as reader for deposition testimony of David D. Sandberg on behalf of the defendant.

At 4:49 p.m. the jury panel exited the courtroom to reconvene Thursday, November 30, 2006 at 9:00 a.m.

Court and counsel heard re witness testimony.

At 4:51 p.m. court recessed this matter to reconvene **Thursday, November 30, 2006 at 9:00 a.m.**

DATE:____November 29, 2006_____   DEPUTY CLERK'S INITIALS:____ak____