NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ELISHA SHEPHERD, | ) | No. 3:01-cv-333-JKS |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | |
| vs. | ) | **ENTRY OF APPEARANCE** |
| | ) | **OF SPECIAL ASSISTANT** |
| MILTON J. JAKEWAY and the, | ) | **U.S. ATTORNEY PATRICK** |
| UNITED STATES OF AMERICA, | ) | **L. GARY** |
| | ) | |
| Defendants. | ) | |

Patrick L. Gary, a Special Assistant U. S. Attorney for the District of

Alaska, enters his appearance as co-counsel for the Defendants, the United States

of America and Milton J. Jakeway. In addition, pursuant to L.R. 83.1(e)(1), as an

attorney for the U.S. Army, he may appear for the government if he is a member in good standing of a bar. He has produced a Certificate of Good Standing from the State Bar of Georgia. Exhibit B (included with original entry at Docket 132-1).

We are filing an amended Entry of Appearance in order to include Patrick Gary's signature on the pleading.

RESPECTFULLY SUBMITTED on November 29, 2006, in Anchorage, Alaska.

| | |
|---|---|
| COL. RICHARD HATCH<br>Chief U.S. Army Litigation Div.<br>s/ Patrick L. Gary<br>Special Assistant U.S. Attorney<br>Phone (703) 696-1618<br>Fax (703) 696-2532<br>E-mail: patrick.gary@hqda.army.mil<br>GA #287422 | NELSON P. COHEN<br>United States Attorney<br>s/ Susan J. Lindquist<br>Assistant U. S. Attorney<br>222 West 7th Ave., #9, Rm. 253<br>Anchorage, AK 99513-7567<br>Phone: (907) 271-3378<br>Fax: (907) 271-2344<br>E-mail: susan.lindquist@usdoj.gov<br>AK #9008053 |

**CERTIFICATE OF SERVICE**
I hereby certify that on November 29, 2006
a copy of the foregoing AMENDED Entry of Appearance
was served electronically on
Yale H. Metzger and by hand delivery 11-30-06 on:

LeRoy E. DeVeaux.
701 W. 41st Ave., Suite 201
Anchorage, AK 99503-6604

s/ Susan J. Lindquist

Shepherd v. Jakeway
3:01-cv-333-JKS                                                        2