```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                     DISTRICT OF ALASKA
```

ELISHA SHEPHERD                vs. MILTON J. JAKEWAY, ET AL.

BEFORE THE HONORABLE JAMES K. SINGLETON CASE NO. 3:01-cv-00333-JKS

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:     LEROY DEVEAUX / YALE METZGER

               DEFENDANT:     SUSAN LINDQUIST / PATRICK GARY

PROCEEDINGS: TRIAL BY JURY - DAY 4 HELD NOVEMBER 30, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:29 a.m. court convened without the jury panel present.

Court and counsel heard re jury panel, limini instruction, exhibits, witnesses, and rebuttal witnesses.

At 10:20 a.m. the jury panel entered the courtroom.

Continued reading deposition of testimony of David D. Sandberg.

At 10:48 a.m. the jury panel exited the courtroom.

Court and counsel heard re jury instructions and verdict forms.

At 11:00 a.m. court recessed until 1:12 p.m. without the jury panel present.

Court and counsel heard re rebuttal witness, exhibits, limini instruction, special verdict form, and jury instructions.

At 2:09 p.m. court recessed this matter to reconvene **Friday, December 1, 2006 at 9:00 a.m.**

DATE:   November 30, 2006     DEPUTY CLERK'S INITIALS:   ak