```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

ELISHA SHEPHERD                     vs. MILTON J. JAKEWAY, ET AL.

BEFORE THE HONORABLE JAMES K. SINGLETON  CASE NO. 3:01-cv-00333-JKS

DEPUTY CLERK/RECORDER:         APRIL KARPER

APPEARANCES:   PLAINTIFF:      LEROY DEVEAUX / YALE METZGER

               DEFENDANT:      SUSAN LINDQUIST / PATRICK GARY

PROCEEDINGS: TRIAL BY JURY - DAY 5 HELD DECEMBER 1, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:13 a.m. court convened without the jury panel present.

Court and counsel heard re witnesses and exhibits.

At 9:26 a.m. the jury panel entered the courtroom.

Plaintiff rested.

Melissa Jean Kuhns sworn and testified on behalf of the defendant.

Defense rested.

At 10:00 a.m. court recessed until 10:23 a.m. without the jury panel present.

Court and counsel heard re closing arguments and exhibits.

Court and counsel heard re plaintiff's oral motion for directed verdict; **DENIED.**

Court and counsel heard re defendant's oral motion for directed verdict; **DENIED.**

At 10:31 a.m. court recessed until 11:07 a.m. without the jury panel present.

At 11:08 a.m. the jury panel entered the courtroom.

CONTINUED ON PAGE 2

DATE:   December 1, 2006        DEPUTY CLERK'S INITIALS:    ak

```
                    CONTINUATION - PAGE 2
         ELISHA SHEPHERD vs. MILTON J. JAKEWAY, ET AL
                        3:01-cv-00333-JKS
                      TRIAL BY JURY - DAY 5
                        December 1, 2006
------------------------------------------------------------------
```

Closing arguments heard.

Court read jury instructions.

At 12:41 p.m. the jury panel exited the courtroom to begin deliberations.

Court and counsel heard re exhibits, jury notes, and playbacks.

At 12:53 p.m. court recessed this matter to reconvene **Monday, December 4, 2006 at 9:00 a.m.**

DATE:   December 1, 2006   DEPUTY CLERK'S INITIALS:   ak