```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

ELISHA SHEPHERD                    vs. MILTON J. JAKEWAY, ET AL.

BEFORE THE HONORABLE JAMES K. SINGLETON CASE NO. 3:01-cv-00333-JKS

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:     LEROY DEVEAUX / YALE METZGER

               DEFENDANT:     SUSAN LINDQUIST

PROCEEDINGS: TRIAL BY JURY - DAY 6 HELD DECEMBER 4, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:10 a.m. court convened without the jury panel present.

Court and counsel heard re jury note.

At 9:27 a.m. the jury panel entered the courtroom.

Court read supplemental jury instruction.

At 9:33 a.m. the jury panel exited the courtroom to continue deliberations.

At 9:33 a.m. court recessed until 10:28 a.m. without the jury panel present.

At 10:30 a.m. the jury panel entered the courtroom.

Court and counsel heard re jury note.

Verdict published. Jury found in favor of the defendant.

Jury polled; all answered in the affirmative.

At 10:39 a.m. court thanked and excused the jury panel.

                    CONTINUED ON PAGE 2

DATE:    December 4, 2006         DEPUTY CLERK'S INITIALS:    ak

```
                    CONTINUATION - PAGE 2
         ELISHA SHEPHERD vs. MILTON J. JAKEWAY, ET AL
                      3:01-cv-00333-JKS
                    TRIAL BY JURY - DAY 6
                      December 4, 2006
-----------------------------------------------------------------
```

Court and counsel heard re findings of fact and conclusions of law. Court instructed parties to file final written arguments re tort claim. Plaintiff's opening brief due **January 26, 2007**; defendant's response due **February 12, 2007**; plaintiff's reply due **February 23, 2007.**

Court and counsel heard re trial transcripts; court informed parties that the court would pay for any trial transcripts ordered.

List of Witnesses, List of Exhibits, Final Jury Instructions, and Special Verdict Form filed separately.

All admitted exhibits returned to counsel.

At 10:55 a.m. court adjourned.

OFF RECORD NOTE: Parties to file a written request to the court for an portions of trial they want to be transcribed.

DATE:＿＿December 4, 2006＿＿＿   DEPUTY CLERK'S INITIALS:＿＿ak＿＿