(Rev 11/06)

# LIST OF EXHIBITS

Case No. 3:01-CV-00333-JKS          Judge: **JAMES K. SINGLETON**

Title    ELISHA SHEPHERD
   vs.
   MILTON J. JAKEWAY, et al.

Dates of Trial:   November 27, 2006   thru   December 4, 2006

Deputy Clerk/Recorder: A. Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| LeRoy DeVeaux | Susan Lindquist |
| Yale Metzger | Patrick Gary |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| P-1 | ✓ | | Angela Birt Deposition Transcript | D-1 | ✓ | 11/28 | Elisha Shepherd Statement - 11/18/2000 |
| P-2 | | | Milton Jakeway Depo Trans (Vols I & II) | D-2 | ✓ | 11/28 | Elisha Shepherd Statement - 11/20/2000 -redacted |
| P-3 | | | Matthew Miller Depo Transcript | D-3 | | | Elisha Shepherd deposition |
| P-4 | | | Michelle Shepherd Depo Transcript | D-4 | | | Charles Shepherd deposition |
| P-5 | | | David Sperbeck, Ph.D. Depo Transcript | D-5 | | | MP Report of Investigation |
| P-6 | ✓ | | Michael Wisel Depo Transcript | D-6 | | | Agent Investigative Report (Jakeway) |
| P-7 | | | Defendant's Initial Disclosures | D-7 | | | Agent Investigative Report (Birt) |
| P-8 | | | Defendant's Discovery Responses | D-8 | ✓ | | Sworn Statement David Kuhns |
| P-9 | ✓ | 11/29/06 | S.T.A.R. Records | D-9 | | | Sworn Statement Melissa Kuhns |
| P-10 | ✓ | 11/29/06 | Photo of Video Tape and Photo of Box | D-10 | | | David Sandberg depo |
| P-11 | ✓ | 11/29/06 | Photos of Shepherd Residence taken by C.I.D | D-11 | ✓ | | David Sperbeck report |

| Case No: 3:01-CV-00333-JKS | | | Judge: JAMES K. SINGLETON | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| P-12 | ✓ | 11/6a/06 | Negatives of photos taken by C.I.O. | D-12 | ✓ | | DSM-IV-TR |
| P-13 | ✓ | | Documents supplied to Defendants Expert | D-13 | | | Videotape |
| P-14 | ✓ | 11/09/06 | Doctor Bill | | | | |
| P-15 | ✓ | 11/29/06 | Photos of video | | | | |