Yale H. Metzger
Alaska Bar No. 9512082
Law Offices of Yale H. Metzger
101 East 9th Avenue, Suite 7A
Anchorage, Alaska 99501
Telephone (907) 258-4110

LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MILTON J. JAKEWAY, and UNITED STATES OF AMERICA, | ) ) ) ) |
| Defendants. | ) Case No. A01-333 Civil (JKS) ) ) |

UNOPPOSED
**MOTION FOR EXTENSION OF TIME OR MOTION TO LATE FILE BRIEFS**

Elisha Shepherd, through her attorneys, requests an extension of time to file her (1) Memorandum in Support of Motion for JNOV, and (2) written closing argument in her FTCA claim, until Wednesday, January 24, 2007. The undersigned discussed the foregoing request with counsel for the Defendants who stated that she did not oppose the relief sought herein.

DATED this 18TH day of January 2007 at Anchorage, Alaska.

        The Law Offices of Yale H. Metzger
        Attorney for the Plaintiff

        */s/ Yale H. Metzger*
        Yale H. Metzger
        101 E. 9th Ave., Suite 7
        Anchorage, AK 99501
        Phone: (907) 258-4110
        Fax: (907) 277-1894
        Email: yhmetzger@aol.com
        Alaska Bar No. 9512082

        DeVeaux & Associates
        Attorney for the Plaintiff

        */s/ Yale H. Metzger for*
        LeRoy E. (Gene) DeVeaux
        701 West 41st Avenue, Suite 201
        Anchorage, Alaska 99503
        Telephone (907) 565-2906
        Alaska Bar No. 7310040

A true and correct copy of the foregoing was served electronically to the following this 18TH day of January 2007:

Susan Lindquist, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, No. 9, Room 253
Anchorage, Alaska 99513-7567

*/s/ Yale H. Metzger*
Yale H. Metzger