IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>      Plaintiff,<br><br>v.<br><br>MILTON J. JAKEWAY, and<br>UNITED STATES OF AMERICA,<br><br>      Defendants. | Case No. A01-333 Civil (JKS) |

**ORDER GRANTING UNOPPOSED**
**MOTION FOR EXTENSION OF TIME OR MOTION TO LATE FILE BRIEFS**

Elisha Shepherd, through her attorneys, requests an extension of time to file her (1) Memorandum in Support of Motion for JNOV, and (2) written closing argument in her FTCA claim, until Wednesday, January 24, 2007.

The Motion for Extension of Time at is GRANTED and the Plaintiff shall have until January 24, 2007 to file her reply briefs.


Dated: _____     _____
                            JAMES K. SINGLETON
                            United States District Court Judge