IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>              Plaintiff,<br><br>  vs.<br><br>MILTON J. JAKEWAY, and, UNITED STATES OF AMERICA,<br><br>              Defendants. | Case No. 3:01-cv-00333-JKS<br><br><br>O R D E R |

Plaintiff requests an extension of time to file her (1) Memorandum in Support of Motion for JNOV, and (2) written closing arguments in her FTCA claim, until January 24, 2007. Docket No. 194. The request is unopposed.

The Motion for Extension of Time at **Docket No. 194** is **GRANTED** and the Plaintiff shall have until **Wednesday, January 24, 2007**, to file her papers.

Dated at Anchorage, Alaska, this 19th day of January 2007.

                                                          /s/ James K. Singleton, Jr.
                                                          **JAMES K. SINGLETON, JR.**
                                                          United States District Judge