IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>                Plaintiff,<br><br>  vs.<br><br>MILTON J. JAKEWAY, and the<br>UNITED STATES OF AMERICA,<br><br>                Defendants. | Case No. 3:01-cv-00333-JKS<br><br><br>O R D E R |

      Counsel for plaintiff is directed to comply with the docket annotation of January 25, 2007, and re-file the Memorandum In Support Of JNOV (Renewed Motion For Judgment As A Matter Of Law) And New Trial And Closing Argument On Plaintiff's FTCA Claim at Docket 196 by selecting the CM/ECF event "Motion For Miscellaneous Relief." This document should be re-filed no later than Friday, February 16, 2007.

      In light of the re-filing of the opening brief by Friday, February 16, 2007, the filing deadline of the defendant's response is extended to Monday, March 5, 2007, and plaintiff's reply deadline is extended to Monday, March 12, 2007.

      In order to assure that a useable record exists in any case, the Clerk of Court may instruct Filing Users to follow specific procedures when using the Case Management/Electronic Case Filing ("CM/ECF") System. *See* D. Ak. LR 5.3(b)(1); *see also* D. Ak. LR 5.3(j) (consequences for failure to comply with CM/ECF System requirements). .

      Dated at Anchorage, Alaska, this 13th day of February 2007.

                                                                /s/ James K. Singleton, Jr.
                                                           **JAMES K. SINGLETON, JR.**
                                                           United States District Judge