**EXHIBIT LIST**
**FOR**

**DEFENDANTS' RESPONSE IN OPPOSITION TO SHEPHERD'S MOTION FOR JNOV, A NEW TRIAL AND THE IIED CLAIM AT DKT 200**

A.    David Sperbeck's Trial Testimony

B.    Angela Birt's Trial Testimony

C.    Michael Wisel's Trial Testimony

D.    Milton Jakeway's Trial Testimony