1   A    I did. Bits and pieces.
2   Q    Did --
3   A    A small portion.
4   Q    -- Ms. Lindquist ask you to view the video tape or portions
5   of the video tape during the lunch break?
6   A    Yes, she did.
7   Q    What parts of the video tape did you see?
8   A    I seen the very start of the tape, which started with some
9   Nickelodeon cartoons. And then I guess towards the end of the
10  tape were some pay-per-view commercials.
11  Q    And this was the tape that's at issue today?
12  A    I'm sorry. Yes, that's what I was told.
13  Q    Okay. So there were cartoons and some pay-per-view
14  pictures on the tape as well as what we've been discussing here
15  in testimony today?
16  A    Yes.
17  Q    Now I want to -- I think we jumped around a little bit
18  during Mr. DeVeaux's questions. But let's start from the
19  beginning of your involvement in the incident on November
20  17th/18th, 2000.
21  A    Okay. I was -- I just finished a shift. My investigator
22  and I had been out working and I just got home. I'm on call 24
23  hours a day at that time. I just got home. I had crawled into
24  bed when my phone and my pager started going off. I answered
25  the phone. It was the military police desk saying that they

1  to say Sergeant Shaw was in the house, but I'm not 100 percent.
2  And then secured the weapons. That's when we noticed the tape
3  and it was screened.
4  Q   Now you say "we noticed the tape." Is that you and who
5  else?
6  A   And Mr. Jakeway. Like I said, I can't say 100 percent
7  whether I pointed it out to him or he pointed it out to me. I
8  just remember standing there. It was at my feet and it was --
9  and like I said, I don't remember if I picked it up or he
10 picked it up. I guess you had testimony he picked it up, but I
11 can't truthfully remember.
12 Q   And it was between the gun cabinet and the wall there by
13 the bathroom door?
14 A   Yes, correct. Right by that edge. I'm sorry. I don't
15 know if you can see it. Right by the edge where the entry to
16 the bathroom is.
17 Q   Were you able to see the tape, either in its location there
18 or when Agent Jakeway was -- was holding it?
19 A   I could see the tape when it was on the floor. Like I
20 said, it was almost -- it seemed like it was at my feet almost.
21 Q   Was it labelled?
22 A   No, it was not.
23 Q   On either side?
24 A   I couldn't tell on the back side where the sprockets would
25 be. I did not see the bottom side. The top side where the

```
 1  Honor.
 2          MR. METZGER:  That's fine.
 3          THE COURT:  Very well.
 4          MR. METZGER:  We'll wait.  We can wait until after the
 5  jury's excused also.
 6          THE COURT:  Very well.
 7      (Side conversing)
 8      (Pause)
 9          THE COURT:  Ma'am, if you would please come forward
10  and be sworn as a witness.
11          THE CLERK:  If you can please come stand before me.
12  Please raise your right hand.
13           ANGELA GAIL BIRT, PLAINTIFF'S WITNESS, SWORN
14          THE WITNESS:  Yes, I do.
15          THE CLERK:  Thank you.  You may have a seat in the
16  witness box.  Ma'am, if you can please make sure to speak into
17  the microphone at all times.
18          THE WITNESS:  Okay.
19          THE CLERK:  And if you can state your full name and
20  spell your full name, and state your address.
21          THE WITNESS:  My name is Angela Gail Birt.  It's A-n-
22  g-e-l-a, the middle name is Gail, G-a-i-l, last name is Birt,
23  B-i-r-t.  I currently reside at 25 Water's Edge Circle, number
24  530, in Georgetown, Texas.
25          THE COURT:  Thank you, ma'am.  You may inquire,
```