IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendants. | Case No. 3:01-cv-00333-JKS<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

　　　　 **X**　　**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict on the issue of damages to Plaintiff for violation of her constitutional right to be free of a warrantless search.

　　　　 **X**　　**DECISION BY COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered on the issue of tort liability.

　　　　**IT IS ORDERED AND ADJUDGED** that, all other claims having been dismissed, Plaintiff has been awarded nominal damages in the amount of $1.00 by the jury for violation of her constitutional right, and Defendants did not commit the tort of intentional infliction of emotional distress and are, thus, not liable to Plaintiff for damages on that claim.

APPROVED:

/s/ James K. Singleton, Jr.
　　**JAMES K. SINGLETON, JR.**
　　　United States District Judge

| March 27, 2007 | IDA ROMACK |
|---|---|
| Date | Clerk |

T:\PDF FOLDER\PDF ORDER FOLDER\JKS March 27 2007 Judgment in Civil Case.wpd