*ALASKA STENOTYPE REPORTERS, INC.*
*511 WEST NINTH AVENUE*
*ANCHORAGE, AK  99501*
*907-276-1680*


*YALE H. METZGER*
*425 G STREET*
*SUITE 510*
*ANCHORAGE, AK  99501*


*Inv.No.*
*83685*

*Inv.Date*
*10/16/2002    3108    A01-333*

ENTERED INTO
TIMESLIPS
10|17

*Re: SHEPHERD v JAKEWAY*
*Assignment Date: September 26, 2002*

*DEPOSITION OF: ELISHA SHEPHERD*

*ONE COPY*                    64.0   Pages @      1.60            102.40
                                                              =========
*PAYMENT DUE UPON RECEIPT OF INVOICE*   Total Amount $      102.40


LAW OFFICE OF YALE H. METZGER
**RECEIVED**

OCT 17 2002

By Mail / Fax / Messenger  Initials:
File #:                                    CC:
Calendar: Y / N                      Approved
Initials:          Date:

---

                                                                    **2081**
**YALE H. METZGER**
**ATTORNEY AT LAW**
GENERAL OFFICE ACCOUNT
P.O. BOX 101419
ANCHORAGE, AK  99510-1419              DATE 10/28/02        89-5-3401
                                                              1252

PAY
TO THE
ORDER OF  ALASKA STENOTYPE                              $ 102 40

ONE HUNDRED TWO + 40/100                                  DOLLARS

      SHEPHERD DEPO              102 40

Wells Fargo Bank Alaska, N.A.
Anchorage, Alaska
www.wellsfargo.com

WELLS
FARGO

                                                            Yale H. J

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNTS LISTED

⑆00 2081⑆  ⑆125200057⑆:003782 8533⑆

```
PHOTOGRAPHIC LABORATORIES
...
ANCHORAGE, AK 99503
Phone: (907) ...-....

DATE: 05/23/01
TIME: 08:47:45
RECEIPT #: 02765

400-0.2874

1  MIXED BAG+H          EA   10.65
      35mm/12E Color Print (1)   18.98
      35mm 3x roll, 1 set (1)    ..18

   SUBTOTAL .................  10.65
   SALE TAX ...............     0.00
   TOTAL ..................    10.65
   CASH ...................    17.50
   CHANGE .................     3.50

   CASHIER :PHOTOGRAPHIT (1)


PHOTOGRAPHIC LABORATORIES
```

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383  -  Facsimile (907) 272-4384
TAX ID#:  91-1845426
pacificrim@acsalaska.net

**BILL TO:**

Law Offices of Yale H. Metzger
Yale H. Metzger
101 E 9th Ave, Ste 7A
Anchorage, AK 99501

**ATTENTION:**  Y. Metzger

## Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/15/2005 | 05-6191 |

| TERMS | |
|-------|--|
| Due on Receipt | |

**REPORTER:** PECKHAM

| DATE TAKEN | DESCRIPTION | AMOUNT |
|------------|-------------|--------|
| 8/1/2005 | SHEPHERD v USA<br>DEPOSITION OF DAVID D. SANDBERG, Ph.D.<br><br>Compression/word index, electronic transcript | 121.05 |



YALE H. METZGER
ATTORNEY AT LAW
GENERAL OFFICE ACCOUNT
310 W. 11TH AVE.
ANCHORAGE, ALASKA 99501

2798

89-5/1252 3404
8402771607

DATE  9/6/05

PAY
TO THE
ORDER OF   PACIFIC RIM REPORTING           $ 121.05

One Hundred Twenty-One + 05/100                  DOLLARS

Wells Fargo Bank, N.A.
Alaska
wellsfargo.com

THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNT (S)

Shepherd   Dr. Sandberg   121   05
Depo.

⑆000000 2798⑆  ⑈ 1252 00057⑈  840 277 1607 ⑈

*Thank you for using Pacific Rim Reporting.*

| **Total** | $121.05 |
|-----------|---------|



FedEx Kinko's
2210 E Northern Lights Blvd
Anchorage, AK 99508-4104
(907) 276-4228

1/10/2006                    9:18:42 AM AKST
Trans.: 5033                    Branch: 5501
Register: 003                  Till:3p74023
Team Member: Eric V.
Customer: Yale Metzger

SALE

*55010035033*

Large Book                          78.50
              2 @ 52.3300

FS BW SS8.5x11 1s CM               78.48 T
2706        1,308.00 @ 0.0800
Item Discount Amt.      0.0200
Price                   0.0600

Drilling                           0.02 T
0371          2.00 @ 0.0100

Total Discount              -6.10
Sub-Total                  78.50
Deposit                     0.00
Tax                         0.00
Total                      78.50
   Master Card (S)         78.50
   Account: 9026
   Exp:    11/2007
   Auth: 071186 (A)
Total Tender               78.50
Change Due                  0.00

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy



$18.40

1X6 SNGL FILM DEV        19   4.18
PICTURE MAKER 8X10        3  14.22
               TOTAL $18.40

48580210268



FedEx Kinko's
2210 E Northern Lights Blvd
Anchorage, AK 99508-4104
(907) 276-4228

5/5/2006                    10:39:38 AM AKST
Trans.: 2947                   Branch: 5501
Register: 003                  Till:1b7550
Team Member: Lachelle B.
Customer: Yale Metzger

                   SALE

```
*  5  0  1  0  0  3  2  9  4  7  *
```

Everything                        27.00
              1 @ 36.0000

  FS OS BW 36x48 Bond             27.00 T
  0279        4.00 @ 9.0000
  Item Discount 25%    2.2500
  Coupo
  Price                6.7500


Total Discount                    9.00
Sub-Total                        27.00
Deposit                           0.00
  Tax                             0.00
Total                            27.00
    Master Card (S)              27.00
    Account:  9026
    Exp:    11/2007
    Auth: 086769 (A)
Total Tender                     27.00
Change Due                        0.00

          Thank you for visiting

            FedEx Kinko's
    Make It. Print It. Pack It. Ship It.
          www.fedexkinkos.com

            Customer Copy

# FedEx Kinko's

FedEx Kinko's
2210 E Northern Lights Blvd
Anchorage, AK 99508-4104
(907) 276-4228

Order Date: 05/04/2006     Branch: 5501
Order Time: 13:36          Register: 003
Pickup Date: 5/5/2006
Pickup Time: 10:00
Team Member: Eric V.

CLAIM CHECK



* 5 5 0 1 0 0 7 2 M 1 *

Customer: Dale Metzger

Project Name:
 Everything                       36.00
        1 @ 36.0000

Sub-Total                         36.00

CLAIM CHECK



* 5 5 0 1 0 0 7 2 M 1 *

**This is not a receipt**
All prices shown are estimates

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy

# UNITED STATES DISTRICT COURT
### District of Alaska
### Anchorage Division

## # 00129557 — PS
## December 13, 2006

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 6855XX-D | 01-333 | | 261.00 CK |

**TOTAL→**        261.00

FROM: YALE H. METZGER
      TRANSCRIPT ORDER
      3:01-CV-00333

**PLEASE NOTE NEW MAILING ADDRESS**

ATTORNEY PROCESS SERVICE
645 'G' STREET, #585
ANCHORAGE, ALASKA  99501
(907) 276-2237
(907) 272-3533 FAX

Invoice submitted to:

YALE H. METZGER
425 'G' STREET, SUITE 510
ANCHORAGE, ALASKA  99501

December 31, 2001

#22811

Additional charges

| | Amount |
|---|---|
| 11/13/01 39567- RETURN OF SERVICE. (SUMMONS IN A CIVIL CASE & COMPLAINT) ON MILTON J. JAKEWAY. ELISHA SHEPHERD vs MILTON J. JAKEWAY, CASE NO. A01-333 (JKS) CV. | 50.00 |
| Total costs | ———— |
| Previous balance | $50.00 |
| | $95.00 |
| Payment - Thank You | |
| | ($95.00) |
| Balance due | ———— |
| | $50.00 |

Pd w/o Ck No. 1883
2/25/02

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383  -  Facsimile (907) 272-4384
TAX ID#:  91-1845426
pacificrim@acsalaska.net

*ENTER*
*TIMESLIPS*

**BILL TO:**

Law Offices of Yale H. Metzger
Yale H. Metzger
425 G Street, Suite 510
Anchorage, AK 99501

| ATTENTION: | Y. Metzger |
|---|---|

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/7/2003 | 03-3581 |
| **TERMS** | |
| Due on Receipt | |

*Pd 6/0 Ck No. _____*
*$1,522 75*
*4/09/03*

**REPORTER:**  BONDESON

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| | SHEPHERD v JAKEWAY | |
| 3/24/2003 | DEPOSITION OF MICHAEL WISEL | |
| | Attendance fee | |
| | Original and One Copy | 150.00 |
| | Exhibits | 408.75 |
| | | 1.25 |
| 3/25/2003 | DEPOSITION OF MATTHEW MILLER | |
| | Attendance fee | |
| | Original and One Copy | 75.00 |
| | Exhibits | 146.25 |
| | | 3.25 |
| 3/24/2003 | DEPOSITION OF MILTON JAKEWAY - VOL. I | |
| | Attendance fee | |
| | Original and One Copy | 210.00 |
| | Exhibits | 281.25 |
| | | 14.25 |
| 3/25/2003 | DEPOSITION OF MILTON JAKEWAY - VOL II | |
| | Attendance fee | |
| | Original and One Copy | 60.00 |
| | Exhibits | 172.50 |
| | | 0.25 |

*Thank you for using Pacific Rim Reporting.*

| **Total** | $1,522.75 |
|---|---|

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

**BILL TO:**

Law Offices of Yale H. Metzger
Yale H. Metzger
425 G Street, Suite 510
Anchorage, AK 99501

| ATTENTION: | Y. Metzger |
|---|---|

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/1/2003 | 03-3572 |

| TERMS |
|---|
| Due on Receipt |

**REPORTER:** BONDESON

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/25/2003 | SHEPHERD v JAKEWAY, INC.<br>DEPOSITINO OF PETER MULCAHY<br><br>Attendance fee<br>Original and One Copy<br>Exhibits | <br><br><br>60.00<br>18.75<br>0.75 |

*Pd G/O ck No. 2215*
*4/4/03*
*$79⁵⁰*

| *Thank you for using Pacific Rim Reporting.* | **Total** | $79.50 |
|---|---|---|



## Pacific Rim Reporting
711 M Street, Suite 4
Anchorage, AK 99501
Telephone (907) 272-4383 • Facsimile (907) 272-4394
TAX ID#: 91-1845426
pacificrim@acsalaska.net

**BILL TO:**
Law Offices of Yale H. Metzger
Yale H. Metzger
425 G Street, Suite 510
Anchorage, AK 99501

**ATTENTION:** Y. Metzger

**Invoice**

| DATE | INVOICE NO. |
|------|-------------|
| 2/23/2004 | 04-4604 |

| TERMS |
|-------|
| Due on Receipt |

| REPORTER: | DATE TAKEN | DESCRIPTION | AMOUNT |
|-----------|------------|-------------|--------|
| REEVES | 2/23/2004 | SHEPHERD v JAKEWAY and USA DEPOSITION OF ANGELA BRIT | |
| | | Attendance fee | 90.00 |

Thank you for using Pacific Rim Reporting.

---

## Pacific Rim Reporting
711 M Street, Suite 4
Anchorage, AK 99501
Telephone (907) 272-4383 • Facsimile (907) 272-4394
TAX ID#: 91-1845426
pacificrim@acsalaska.net

**BILL TO:**
Law Offices of Yale H. Metzger
Yale H. Metzger
425 G Street, Suite 510
Anchorage, AK 99501

**ATTENTION:** Y. Metzger

**Invoice**

| DATE | INVOICE NO. |
|------|-------------|
| 3/10/2004 | 04-4673 |

| TERMS |
|-------|
| Due on Receipt |

| REPORTER: | DATE TAKEN | DESCRIPTION | AMOUNT |
|-----------|------------|-------------|--------|
| SHAFFER | 3/4/2004 | SHEPHERD v JAKEWAY and USA DEPOSITION OF AGENT ANGELA BRIT | |
| | | Attendance fee | 150.00 |
| | | Original and One Copy | 270.00 |
| | | Exhibits | 1.50 |
| | | Courier (includes subsequent delivery of "Original") | 12.00 |

| Total | $433.50 |

---

**YALE H. METZGER**
**ATTORNEY AT LAW**
P.O. BOX
GENERAL OFFICE ACCOUNT
ANCHORAGE, AK 99510-1418

2421

PAY TO THE ORDER OF Pacific Rim Reporting    $ 523.50

Five Hundred Twenty-Three and 50/100 ─────── DOLLARS

# acific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383  -  Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

**BILL TO:**

Law Offices of Yale H. Metzger
Yale H. Metzger
425 G Street, Suite 510
Anchorage, AK 99501

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 2/23/2004 | 04-4604 |
| **TERMS** | |
| Due on Receipt | |

| ATTENTION: | Y. Metzger |
|------------|------------|

**REPORTER:  REEVES**

| DATE TAKEN | DESCRIPTION | AMOUNT |
|------------|-------------|--------|
| 2/23/2004 | SHEPHERD v JAKEWAY and USA<br>DEPOSITION OF ANGELA BIRT<br><br>Attendance fee | 90.00 |

*Thank you for using Pacific Rim Reporting.*

| **Total** | $90.00 |
|-----------|--------|

# acific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#:  91-1845426
pacificrim@acsalaska.net

**BILL TO:**

Law Offices of Yale H. Metzger
Yale H. Metzger
425 G Street, Suite 510
Anchorage, AK 99501

| ATTENTION: | Y. Metzger |
|---|---|

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/10/2004 | 04-4673 |

| TERMS | |
|---|---|
| Due on Receipt | |

**REPORTER:** SHAFFER

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/4/2004 | SHEPHERD v JAKEWAY and USA<br>DEPOSITION OF AGENT ANGELA BIRT<br><br>Attendance fee<br>Original and One Copy<br>Exhibits<br>Courier (includes subsequent delivery of "Original") | <br><br><br>150.00<br>270.00<br>1.50<br>12.00 |

***Thank you for using Pacific Rim Reporting.***

**Total** $433.50



# CARLA D. TINNES, RPR

Kyle Court Reporting
P.O. Box 198056
Nashville, TN 37219
Telephone (615) 242-8314 Fax (615) 242-8315

# Invoice

Number: **1065**

Date: **December 08, 2003**

**Bill To:**

Yale H. Metzger, Esquire
The Metzger Law Office
425 "G" Street
Suite 510
Anchorage,, AK 99501

| Job Date | Plaintiff | Defendant | Reporter |
|---|---|---|---|
| 12/01/03 | Elisha Shepherd | Milton Jakeway, etc. | Carla Tinnes |

| Deponent | Description | Amount |
|---|---|---|
| Michelle Shepherd | Furnishing Original plus copy | 80.85 |
| | Appearance Fee | 75.00 |
| | Exhibit Copies | 0.60 |
| | Postage - FedEx c.o.d. | 34.09 |
| | Thank you!  Carla Tinnes | |
| | **Total** | **$190.54** |

PLEASE MAKE CHECK PAYABLE TO CARLA D. TINNES
TAX ID # 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
%1.5 per month service charge if not paid in 30 days

© DELUXE - EV

2348

**YALE H. METZGER**
**ATTORNEY AT LAW**
GENERAL OFFICE ACCOUNT
P.O. BOX 101419
ANCHORAGE, AK 99510-1419

WELLS
FARGO
Wells Fargo Bank Alaska, N.A.
Anchorage, Alaska
www.wellsfargo.com

DATE  12/9/03

89-3/1252
1252

PAY
TO THE
ORDER OF  Ms. Carla Tennis                              $ 190 57

One Hundred Ninety + 57/100 _____ DOLLARS

170/010 Judgment of Dec 140 57
of Interest incurred

THIS CHECK IS DELIVERED FOR PAYMENT ON THE ACCOUNT LISTED

⑈00234⑆⑆⑈ ⑆:125 2000 57⑈:00 3 78 28 53 3⑈⑈

*(handwritten notes, bottom left, mirror-reversed):*
Yellow reversed
+ file in
Entre on T/S
SHEPHARD

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

**BILL TO:**

Law Offices of Yale H. Metzger
Yale H. Metzger
101 E 9th Ave, Ste 7A
Anchorage, AK 99501

**ATTENTION:** Y. Metzger

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 9/27/2005 | 05-6413 |
| **TERMS** | |
| Due on Receipt | |

**REPORTER:** PECKHAM

| DATE TAKEN | DESCRIPTION | AMOUNT |
|------------|-------------|--------|
| 9/15/2005 | SHEPHERD v USA<br>DEPOSITION OF DAVID J. SPERBECK, Ph.D.<br><br>Attendance fee<br>Original, compression/word index, electronic transcript<br>Exhibits | <br><br>60.00<br>65.25<br>3.00 |

*Thank you for using Pacific Rim Reporting.*

**Total**     $128.25