Yale H. Metzger
Alaska Bar No. 9512082
Law Offices of Yale H. Metzger
101 East 9th Avenue, Suite 7A
Anchorage, Alaska 99501
Telephone (907) 258-4110

LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>        Plaintiff,<br><br>v.<br><br>MILTON J. JAKEWAY, and<br>UNITED STATES OF AMERICA,<br><br>        Defendants. | Case No. 3)01-cv-333 JKS |

## MOTION FOR AWARD OF ATTORNEY FEES

COMES NOW the Plaintiff, Elisha Shepherd, through her attorneys, and submits her Motion For Award of Attorney Fees. The Plaintiff seeks an award of attorney's fees at the conclusion of the trial in the captioned case as the prevailing party pursuant to the Equal Access to Justice Act ("EAJA") at 28 U.S.C. § 2412 and Federal Rule of Civil Procedure 54(d). This motion is supported by the Plaintiff's Memorandum in Support of Motion for Award of Attorney Fees.

DATED this 9TH day of April 2007 at Anchorage, Alaska.

The Law Offices of Yale H. Metzger
Attorney for the Plaintiff

/s/ Yale H. Metzger
Yale H. Metzger
101 E. 9th Ave., Suite 7
Anchorage, AK 99501
Phone: (907) 258-4110
Fax: (907) 277-1894
Email: yhmetzger@aol.com
Alaska Bar No. 9512082

DeVeaux & Associates
Attorney for the Plaintiff

/s/ Yale H. Metzger for
LeRoy E. (Gene) DeVeaux
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906
Alaska Bar No. 7310040

A true and correct copy of the foregoing was served electronically to the following this 9TH day of April 2007:

Susan Lindquist, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, No. 9, Room 253
Anchorage, Alaska 99513-7567

/s/ Yale H. Metzger
Yale H. Metzger

2