AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of _____ Alaska _____

ELISHA SHEPHERD

V.

MILTON J. JAKEWAY and the USA

## BILL OF COSTS

Case Number: 3:01-cv-00333-JKS

Judgment having been entered in the above entitled action on ___3/27/2007___ against ___Elisha Shepherd___ ,
the Clerk is requested to tax the following as costs:     Date

| | |
|---|---:|
| Fees of the Clerk ................................................................... | $ |
| Fees for service of summons and subpoena ............................................... | 45.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,075.60 |
| Fees and disbursements for printing ..................................................... | |
| Fees for witnesses (itemize on reverse side) ............................................. | 6,314.28 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | 1,378.82 |
| Docket fees under 28 U.S.C. 1923 ...................................................... | |
| Costs as shown on Mandate of Court of Appeals .......................................... | |
| Compensation of court-appointed experts ................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ........................................................... | |
| TOTAL | $ 8,813.70 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: _Yale H. Metzger and Leroy E. DeVeaux_ .

Signature of Attorney: _Richard L. Pomeroy_

Name of Attorney: _Susan J. Lindquist_

For: __USA__        Date: __4/5/2007__

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
Clerk of Court        Deputy Clerk        Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Melissa Kuhns, 4108 E Jelinak Ave Scofield, WI 54476 | 2 | 80.00 | 2 | 2,410.7 | 90 | 40.05 | $2,530.83 |
| David Sperbeck, 2530 Debarr Rd Anchorage, AK 99508 | 1 | 40.00 | | | 5 | 2.22 | $42.22 |
| Michael Wisel, 4001 Lunar #B Anchorage, AK 99504 | 1 | 40.00 | | | 14 | 6.23 | $46.23 |
| David Kuhns, 7448 Prythania Park Rd, Colorado Springs CO 80923 | 2 | 80.00 | 2 | 2,003.2 | | | $2,083.25 |
| Angela Birt, 25 Waters Edge Circle, Apt 530, Georgetown, TX 78626 | 1 | 40.00 | 2 | 1,571.7 | | | $1,611.75 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $6,314.28 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

**Bill of Costs Summary**

**<u>Depositions</u>**

| | |
|---|---|
| Shepherd, Elisha | $ 320.40 |
| Shepherd, Charlie | $ 390.15 |
| Sandberg | <u>$ 365.05</u> |
| Total | $1,075.60 |

**<u>COPIES of Depositions</u>**

| | |
|---|---|
| Matt Miller | $ 75.40 |
| Sperbeck | $ 38.25 |
| Michelle Shepherd | $ 46.95 |
| Milton Jakeway | $244.35 |
| Angela Birt | $140.70 |
| Michael Wisel | <u>$202.90</u> |
| Total | $748.55 |

**<u>OTHER COPIES</u>**

| | |
|---|---|
| Trial testimony copies | $541.48 |
| pleadings copies: | |
| Trial exhibits | $ 33.02 |
| Docs mailed to Leroy DeVeaux | $ 28.60 |
| Discovery production | <u>$ 27.17</u> |
| Total | $630.27 |

## TRIAL WITNESSES and MISCELLANEOUS

Process server:   Charlie Shepherd   $ 45.00

## TRAVEL for Trial Witnesses

Melissa Kuhns

| | |
|---|---|
| travel | $1943.80 |
| mileage | $   40.05 |
| hotel | $ 179.98 |
| taxi | $   32.00 |
| per diem | $ 255.00 |
| witness fee | $   80.00 ($40/day 2 days) |

David Kuhns

| | |
|---|---|
| airfare | $1404.80 |
| hotel | $ 319.20 |
| taxi | $ 109.25 |
| per diem | $ 170.00 ($85/day 2 days) |
| witness fee | $   80.00 ($40/day 2 days) |

Angela Birt

| | |
|---|---|
| Travel | $1277.30 |
| airport parking | $   72.00 |
| trvl agent fee | $   21.30 |
| to/fm airport | $   31.15 |
| per diem | $ 170.00 ($85/day 2 days) |
| witness fee | $   40.00 |

Michael Wisel

| | |
|---|---|
| mileage | $     6.23 |
| witness fee | $   40.00 |

David Sperbeck

| | |
|---|---|
| mileage | $     2.22 |
| witness fee | $   40.00 |

Total                        $6314.28

IN THE   U.S. DISTRICT   COURT FOR THE STATE OF   ALASKA

THIRD JUDICIAL DISTRICT, AT   ANCHORAGE

*Rec'd Invoice 09-12-2005*

ELISHA SHEPHERD                          )
                                         )
                                         )
                                         )
-VS-                        Plaintiff(s) )
                                         )
MILTON JAKEWAY and the UNITED STATES OF AMERICA )      **RETURN OF SERVICE**
                                         )
                                         )
                          Defendant(s)   )

Case No: A01-333 CV (JKS)

I certify that on   Friday, September 9, 2005 at 1:05 PM I served the following documents
SUBPOENA IN A CIVIL CASE & NOTICE OF DEPOSITION

PAID via
☑ EFT __ TREAS __ DRAFT NO. 206 __
DISBURSEMENT DATE 0510 07 AMT $ 45.00
VOUCHER NO. 50AV-01128
YREGDOC 5066434 AC CLASS 054006

on the therein named   CHARLES SHEPHERD

at   CAMP CARROLL, BUILDING #60820 in   Fort Richardson, Alaska by leaving a true and correct copy with

CHARLES SHEPHERD
*Date of Receipt 9/9/05 I verify that the goods
and/or services have been received and accepted
and the amount charged/math is accurate.*

*RV Pomeroy*
**SIGNATURE**

*[signature]*

Process Server /    GENA COLEMAN

SUBSCRIBED AND SWORN to me this day of   Friday, September 9, 2005

*[signature]*
Notary Public in and for the State of Alaska
My Commission Expires:

**Attorney:**  U.S ATTORNEY'S OFFICE
         222 W. 7TH AVENUE, ROOM 253
         ANCHORAGE, AK 99513

Attention:  RICHARD POMEROY

File No:

Service Fee:  $35.00

Mileage:  $10.00

Endeavor:

Endeavor:    SUBPOENA 9/14/05 @ 1:30 PM   ✓

*7-22-06*
(SEAL)

┌─────────────────────────────────┐
│   Attorneys Process Service     │
│  645 G Street Ste 100 PMB 585   │
│     Anchorage, AK. 99501        │
│    Phone (907) 276-2237         │
└─────────────────────────────────┘

ALASKA STENOTYPE REPORTERS, INC.
511 WEST NINTH AVENUE
ANCHORAGE, AK   99501
907-276-1680

RECEIVED
U.S. ATTORNEY OFFI
'02 OCT 17  AM 10 48

RICHARD L. POMEROY
U.S. ATTORNEY'S OFFICE
222 WEST SEVENTH AVENUE
#9
ANCHORAGE, AK   99513-7567

Inv.No.
83684

APPROVED FOR THIRD
PARTY DRAFT PAYMENT

PAID 206

DATE          DRAFT NO. 1238

Inv.Date
10/16/2002    1297    A01-333

Re: SHEPHERD v JAKEWAY
Assignment Date: September 26, 2002

DEPOSITION OF: ELISHA SHEPHERD

ORIGINAL AND ONE COPY       64.0   Pages @    3.60        230.40
APPEARANCE FEE $45  @ 2 HRS                                 90.00
                                                        ==========
                                   Total Amount $       320.40

PAYMENT DUE UPON RECEIPT OF INVOICE

Date: 10·22·02
I certify that these services/goods
have been rendered.

Signature

ALASKA STENOTYPE REPORTERS, INC.
Federal Tax Id#: 92-0082177

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

PAID via
X EFT___ TREAS.___ DRAFT NO. 206
DISBURSEMENT DATE 05-1027 AMT $ 390.15
VOUCHER NO. FDAK00004
YREGDOC 506.5421 AC CLASS 5E400L

**BILL TO:**

U.S. Attorney's Office
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513

**ATTENTION:** R. Pomeroy

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 9/28/2005 | 05-6420 |

| TERMS |
|-------|
| Due on Receipt |

Original Invoice
Proper for Payment

**REPORTER:** BONDESON

| DATE TAKEN | DESCRIPTION | AMOUNT |
|------------|-------------|--------|
| 9/14/2005 | SHEPHERD v JAKEWAY | |
| | DEPOSITION OF CHARLES SHEPHERD | |
| | Attendance fee (1.75 x $60) | 105.00 |
| | Original, compression/word index, electronic transcript (72 x $3.95) | 284.40 |
| | Exhibits (3 x .25) | 0.75 |

Receipt 9/29/05 verify that the goods
or services have been received and accepted
and the amount charged/math is accurate.

SIGNATURE

Post-It® Fax Note 7671 Date 10/3/05
To ERICA (sorry for the misspelling) From GEORGANNA
Co./Dept DOJ Co. PRR
Phone # Phone # 276-2589
Fax # 271-3229 2344 Fax #

**Thank you for using Pacific Rim Reporting.**

| Total | $390.15 |

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383  -  Facsimile (907) 272-4384
TAX ID#:  91-1845426
pacificrim@acsalaska.net



**BILL TO:**

U.S. Attorney's Office
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513

| **ATTENTION:** | R. Pomeroy |
|---|---|

# Invoice

| **DATE** | **INVOICE NO.** |
|---|---|
| 8/15/2005 | 05-6190 |
| **TERMS** | |
| Due on Receipt | |

---

**REPORTER:**  PECKHAM

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/1/2005 | SHEPHERD v USA<br>DEPOSITION OF DAVID D. SANDBERG, Ph.D. | |
| | Attendance fee (2 x $60) | 120.00 |
| | Original, compression/word index, electronic transcript (59 x #3.95) | 233.05 |
| | Courier (includes subsequent delivery of "Original") Flat Fee | 12.00 |

PAID via
EFT__TREAS__DRAFT NO. 206
DISBURSEMENT DATE 05011 AMT$ 365.05
VOUCHER NO. 50AK01073
YREGDOC 5065394  AC CLASS 0840D6

Date of Receipt 8/23/05 verify that the goods
and/or services have been received and accepted
and the amount charged/math is accurate.

_Cynthia Huhn_
SIGNATURE

---

***Thank you for using Pacific Rim Reporting.***

**Total**    $365.05

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

**PAID**

**BILL TO:**

U.S. Attorney's Office
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513

"Potty"   271-2344

**ATTENTION:** | R Pomeroy

## Invoice

| DATE | INVOICE ... |
|------|-------------|
| 4/7/2003 | 03-3582 |
| **TERMS** | |
| Due on Receipt | |

| REPOR... BONDESON | | |
|---|---|---|
| **DATE TAKEN** | **DESCRIPTION** | **AMOUNT** |
| | SHEPHERD v JADEWAY, ET AL. | |
| 3/24/2003 | DEPOSITION OF MICHAEL WISEL | |
| | Copy of Transcript | 201.65 |
| | Exhibits | 1.25 |
| 3/25/2003 | DEPOSITION OF MATTHEW MILLER | |
| | Copy of Transcript | 72.15 |
| | Exhibits | 3.25 |
| 3/24/2003 | DEPOSITION OF MILTON JAKEWAY - VOL I | |
| | Copy of Transcript | 138.75 |
| | Exhibits | 14.25 |
| 3/25/2003 | DEPOSITION OF MILTON JAKEWAY - VOL II | |
| | Copy of Transcript | 85.10 |
| | Exhibits | 0.25 |
| | Courier | 6.00 |

| ***Thank you for using Pacific Rim Reporting.*** | **Total** | $522.65 |
|---|---|---|

# cific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383  -  Facsimile (907) 272-4384
TAX ID#:  91-1845426
pacificrim@acsalaska.net

2005 SEP 28  PM 12: 15

RECEIVED
US ATTORNEY OFFICE

**BILL TO:**

U.S. Attorney's Office
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 9/27/2005 | 05-6414 |

| TERMS | |
|-------|--|
| Due on Receipt | |

| ATTENTION: | R. Pomeroy |
|------------|------------|

**REPORTER:** PECKHAM

| DATE TAKEN | DESCRIPTION | AMOUNT |
|------------|-------------|--------|
| 9/15/2005 | SHEPHERD v USA<br>DEPOSITION OF DAVID SPERBECK, Ph.D.<br><br>Compression/word index, electronic transcript (15 x $1.95)<br>Exhibits  12 X 8 . 25<br>Courier  Flat Fee | 29.25<br>3.00<br>6.00 |

Receipt 9/29/05 verify that the goods
services have been received and accepted
the amount charged/math is accurate.

/SIGNATURE

PAID via
EFT__TREAS__ DRAFT NO 206
DISBURSEMENT DATE 05/02 AM 13 38.25
VOUCHER 50AK01183
500542 AC CLASS 5E1/00

| | Total | ✓ | $38.25 |

*Thank you for using Pacific Rim Reporting.*



**CARLA D. TINNES, RPR**
Kyle Court Reporting
P.O. Box 198056
Nashville, TN 37219
Telephone (615) 242-8314 Fax (615) 242-8315

# Invoice

Number: **1066**

Date: **December 08, 2003**

**Bill To:**

Richard L. Pomeroy, Esquire
Assistant U.S. Attorney
Fed. Bldg., U.S. Courthouse
222 West 7th Ave #9, Room 253
Anchorage, AK 99513

'03 DEC 12  AM 10 08

| Job Date | Plaintiff | Defendant | Reporter |
|----------|-----------|-----------|----------|
| 12/01/03 | Elisha Shepherd | Milton Jakeway, etc. | Carla Tinnes |

| Deponent | Description | Amount |
|----------|-------------|--------|
| Michelle Shepherd | Furnishing a copy  *70 pgs @ .60 per pg* | 42.00 |
| | Exhibit Copies  *1 pg @ .60 per pg* | 0.60 |
| | Postage | 4.35 |
| | Thank you!  Carla Tinnes | |

PAID via
✗ EFT __ TREAS __ DRAFT NO. 206
DISBURSEMENT DATE *60/029* AMT $ *46.95*
VOUCHER NO. *40AC00292*
YREGDOC *006431* AC CLASS. *4E4006*

DATE *12-16-03*

I CERTIFY THAT THIS SERVICE
WAS PERFORMED OR ITEM(S)
RECEIVED ON THIS DATE.

_____
(Signature)

**Total** **$46.95**

PLEASE MAKE CHECK PAYABLE TO CARLA D. TINNES
TAX ID # 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
%1.5 per month service charge if not paid in 30 days

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 · Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

RECEIVED
US ATTORNEY OFFICE
'04 MAR 31  AM 10 10

**BILL TO:**

U.S. Attorney's Office
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513

**ATTENTION:**  R. Pomeroy

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/10/2004 | 04-4674 |

| TERMS |
|-------|
| Due on Receipt |

PAID via
FT___TREAS___DRAFT NO. 206
DISBURSEMENT DATE 04/28 AMT$ 140.70
VOUCHER NO. 40AK00629
MISCNC 40AK00629
AC CLASS EU006

**REPORTER:**  SHAFFER

| DATE TAKEN | DESCRIPTION | AMOUNT |
|------------|-------------|--------|
| 3/4/2004 | SHEPHERD v JAKEWAY and USA<br>DEPOSITION OF AGENT ANGELA BIRT<br><br>Copy of Transcript  72 @ 1.85 pp<br>Exhibits  6 @ .25 pp<br>Courier  Flat Rate | 133.20<br>1.50<br>6.00 |

DATE  3-31-04

I CERTIFY THAT THIS SERVICE
WAS PERFORMED OR ITEM(S)
RECEIVED ON THIS DATE.

(Signature)

*Thank you for using Pacific Rim Reporting.*

**Total**  $140.70

Rec'd Invoice 03-16-07

**RECEIVED** MAR 16 2007

AO 435
(Rev. 1/90)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

Read Instructions on Back:

FOR COURT USE ONLY

DUE DATE: 2-19-07

| 1. NAME United States Attorney | 2. PHONE NUMBER | 3. DATE 1- - 07 |
|---|---|---|
| Anchorage, AK Terry Hulchouski 11- 3375 | | |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|

**APPROVED FOR THIRD PARTY - DRAFT PAYMENT**
APPROVED AS OFFICIAL payment

| 8. CASE NUMBER | DATES OF PROCEEDINGS | |
|---|---|---|
| | 10. FROM | 11. TO |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY | 14. STATE |

15. ORDER FOR
☐ APPEAL
☐ NON-APPEAL  3607

☐ CRIMINAL  024
☐ CIVIL

☐ CRIMINAL JUSTICE ACT
☐ IN FORMA PAUPERIS

☐ BANKRUPTCY
☒ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | Duplicate Original Invoice Certified Proper for Payment |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | I verify that the goods | | 3-16-07 |
| ☐ CLOSING ARGUMENT (Plaintiff) | received and accepted | ☐ PRE-TRIAL PROCEEDINGS | Signature  Date |
| ☐ CLOSING ARGUMENT (Defendant) | and it is accurate. | | |
| ☐ OPINION OF COURT | DATE | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER  11-28-29-06

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | TREAS DRAFT NO. 206 14 | NO. OF COPIES | 1924 | $6 -71 | |
| EXPEDITED | DISBURSEMENT OF 0236 AMT $76 | NO. OF COPIES | | | |
| DAILY | GOR CONY Gole 728 | SS 7600 | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional)

18. SIGNATURE services have been received and accepted
and the amount charged/math is accurate.

ESTIMATE TOTAL.

PROCESSED BY

19. DATE  3-16-07

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS
U.S.D.C.
222 W. 7th Ave #229
Anchorage, AK 99513

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED: | 11/6/07 | DE |
| DEPOSIT PAID | 11/6 | DE |
| TRANSCRIPT ORDERED | 1/18/07 | CC |
| TRANSCRIPT RECEIVED | 3/16/07 | CC |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | 3/16/07 | CC |
| PARTY RECEIVED TRANSCRIPT | 3/16/07 | CC |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | $516.00 |
| LESS DEPOSIT | |
| TOTAL REFUNDED  172.00 x3 | |
| TOTAL DUE 172.00 x3 = | $516.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

*SHEPHERD — Expense receipt*

## BLM REPRODUCTION REQUEST

File in large
copy room

REQUEST NO. _____

XEROX ☒    ONESIDED ☐    NO.PAGES 196

COLOR XEROX ☐    TWO SIDED ☐    NO. COPIES 1

**DESCRIPTION:** ~~V:00333 JKS~~ 0333 JKS

| PAPER: | COLOR: | BINDERY: |
|---|---|---|
| Size: | | ☐ COLLATE |
| ☒ 8 1/2 X 11 | ☒ WHITE | ☒ STAPLE ☐ top left ☐ side |
| ☐ 8 1/2 X 14 | ☐ OTHER | ☐ WIRE BIND |
| ☐ 11 X 17 | _____ | ☐ PLASTIC SPIRAL BIND |
| ☐ LG. FORMAT | ☐ COVER | ☐ INSTA BIND |
| ☐ OTHER | _____ | ☐ GBC |
| | FRONT_____ | ☐ TRIM |
| | BOTH_____ | ☐ FOLD |
| CARBONLESS: | | ☐ DRILL ☐ 2 hole ☐ 3 hole |
| ☐ 2PT. ☐ 3PT. ☐ 4PT. | | ☐ LAMINATE |
| | | ☐ SHRINK WRAP |
| *Transcripts for Trial* | | ☐ PADS__OF 50__OF 100 |

**SPECIAL INSTRUCTIONS:**

3. JKV-00333 JKS
   copy docket # 197 & 198
   1 copy 196 × .13 =
   $25.48

call Susan (USDC)
271-3378
when completed
Return file to USDC

**REQUESTED BY:**

AGENCY _USDC_____    **TODAY'S DATE** 02/09/07

OFFICE _Clerk_____    DUE DATE 02/12/07

NAME _Lisa Snur_____    PHONE 6/7.4/30

AK 1550-2

<u>ELISHA SHEPHERD  v.  USA</u>; A01-333 CV (JKS)

**Trial Exhibits – Copy Charge**
**254 PAGES @ .13 =   $33.02**

**ELISHA SHEPHERD v. USA**; A01-333 CV (JKS)

| COPIES MAILED TO LEROY DEVEAUX | | |
|---|---|---|
| 220 PAGES @ .13= | | $28.60 |

## ELISHA SHEPHERD v. USA; A01-333 CV (JKS)

| SOURCE | BATES # | DESCRIPTION | DATE TO PL /initials | TO OTHERS /initials |
|--------|---------|-------------|---------------------|---------------------|
| CLM | 22-23, 84-90 | STATEMENT OF ELISHA SHEPHERD | 2/1/02 | |
| CLM | 24-25 | STATEMENT OF DAVID KUHNS | 2/1/02 | |
| CLM | 26-27 | STATEMENT OF MILISSA KUHNS | 2/1/02 | |
| CLM | 28-29 | STATEMENT OF MICHAEL WISEL | 2/1/02 | |
| CLM | 1-53 | MILITARY POLICE REPORT | 2/1/02 | |
| CLM | 54-92 | ARTICLE 15 RECORDS ON SPC SHEPHERD | 2/1/02 | |
| CLM | 93 | STATEMENT OF ANGELA BIRT | 2/1/02 | |
| CLM | 94-96 | COPY OF CID PAMPHLET 195-10 [JUNE 30, 1999] ¶ 4.29 | 2/1/02 | |
| CLM | 97-115 | CRIME SCENE PHOTOS | 2/1/02 | |
| SPER | 116-125 | PSCH REPORT OF ELISHA SHEPHERD | 2/22/05/elh | Dr. Sandberg, 2/22/02/elh |
| SPER | 126-144 | CV OF DAVID J. SPERBECK, PH.D. | 2/22/05/elh | |
| SPER | 145-209 | SPERBECK RAW DATA RECORDS | 2/22/05/elh | Dr. Sandberg, 2/22/02/elh |
| ARMY | 210-212 | INDEX SHEET, PHOTO PROCESSING ENVELOPE, FRONT AND BACK | | |
| SAND | 213-228 | SANDBERG'S NOTES | | Pat Gary 11-17-06 email by sjl |
| | | | | |
| | | | | |
| | | COPY CHARGE | | |
| | | 209 PAGES @ .13 = | | $27.17 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**U.S. Department of Justice**                          **Fact Witness Voucher**
**Washington, D.C. 20530**

RECEIVED
U.S. MARSHAL SERVICE
SERVICE

---

**THIS IS A 4-PART FORM. FILL OUT FORM AND PRINT 4 COPIES. SIGN AS NEEDED AND ROUTE AS SPECIFIED BELOW.**

2006 DEC 27  AM 10: 04

---

**Page 1 of 3**

Check One: I [ x ] (was)   [   ] (was not) a United States citizen at the time of attendance
            I [   ] (was)   [ x ] (was not) a Federal Government employee at the time of attendance
            I [   ] (Did)   [ x ] (did not) receive a cash or check advance.  Total advance issued:  $_____  From: _____

| | |
|---|---|
| **Witness Name:** Melissa Kuhn | **Court Doc. No:** 3:01-CV-333-JKS |
| **Social Security Number:** 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 | **Case Name:** Shepherd v. U.S. |
| **Address:** 4108 E. Jelinek Avenue | **District:** Alaska |
| **City:** Scofield       **State:** WI      **Zip:** 54476 | **Court Location:** Anchorage |
| **Telephone No. (including area code):** (715) 551-1847 | **GTA**    [ x ] Transportation   [ x ] Lodging |

---

| **PART I - Attendance Certification (by Government Official)**<br>(Retention of these fees is considered taxable income and reportable to IRS) | | | **Object Class** | **Amounts (Dollars)** (To Be completed by US Marshals) |
|---|---|---|---|---|
| **A.   Attendance Fees** | | | | |
| Deposition Dates | $40 @    days | | 1126 | |
| Grand Jury/Trial Attendance Date (Including Travel)  11/29-12/2/06 | $40 @ 4  days | | 1156 | 160.⁰⁰ |
| Pretrial Attendance Dates (Including Travel) | $40 @    days | | 1194 | |
| Detained Dates - Citizen/Visitor In Custody | $40 @    days | | 1193 | |
| Detained Dates - Deportable Alien in Custody | $40 @    days | | 1195 | |
| | | | **Total Fees** | 160.⁰⁰ |

**B.   Attendance Attestation:** I attest that the witness named above attended in the case or matter indicated and is entitled to the statutory allowance for attendance and travel.  In proceedings before U.S. Magistrate Judges where more than four witnesses were called, the Magistrate also attests that the approval and certificate of the Litigating Trial Office were first obtained.

_____          _LE Coordinator_          _12/30/06_
**Signature**          **Title of Authorized Government Official**          **Date**

This form is continued on Page 2

---

Original - USMS Trial District Office
Copy 1 - Paying Office
Copy 2 - DOJ Litigating Trial Office
Copy 3 - Witness

COPY

**Form OBD-3 (Revised 4-2005)**

Previous Editions are Obsolete

| PART II - Allowances | | |
|---|---|---|
| **C. Travel by Carrier** (Receipts required if paid by witness)  (*DO NOT* claim if paid by Government) | | |
| Check one     [ ]  **Train**     [ ]  **Bus**     [ ]  **Airplane** | 2191 | |
| **D. Travel by Privately Owned Vehicle:**  [ x ]  Auto/Truck/Van  [ ]  **Motorcycle**  [ ]  **Airplane** | | |
| Round trip mileage     30     @ $  .445     **Per mile** | | |
| Total no. of trips     3 | | |
| Less advance received     $ | 2192 | 40.⁰⁵ |
| **E. Local Transportation & Other Expenses:**  *(e.g., subway, bus, taxi, tolls, all parking, etc.)  (Receipts required for parking and expenses over $25.00) (Gratuities are limited to taxi and shuttle services up to 15%)* | | |
| *List (Item and amount)* | | |
| 11/29 - Taxi - Airport to Hotel - $12.00 | | |
| 12/02 - Taxi - Hotel to Airport - $20.00 | 2193 | 32.⁰⁰ |
| **F. Meals and Lodging:** | | |
| 1. Travel days (½ day's M&IE per day)          @ $ 42.50     x 2     Day(s) = $ 85.00 | | |
| 2. Days away from home (full day's M&IE per day)  @ $ 85.00     x 2     Day(s) = $ 170.00 | | |
| 3. Actual cost of lodging, not to exceed $          @ $          x          Day(s) = $ | | |
| *(DO NOT claim if paid by Government) (Receipts are required if paid by witness)* | | |
| Less advance received     $ | 2194 | 255 |
| **G. Witness Certification:** I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. (If not a citizen, present your Alien Registration Record with this form) | | |

Witness Signature _____     Date  12/20/06     Alien Registration Record No. _____

**H. Claim Verification:**
Based upon the above information and receipts furnished by the witness, I verify the above information is true and correct to the best of my knowledge..

| Signature _____ | Title of Authorized Government Official   Victim/Witness Asst     Date  12/27/06 | Net Amount Paid  $ 487.⁰⁵ |
|---|---|---|

| PART III - Certification |
|---|
| THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT |

Signature _____     Title of Authorized Certifying Officer _____     Date  12/4/07

| PART IV - Disbursement     *(For Finance Office use only)* |
|---|

Accounting Classification  15-2007-031 1
Check/Draft No.  67228     Voucher No.  267

Signature  Sharon L Keenan     Title of Disbursing Officer  Budget Analyst     Date  12/27/06

The Privacy Act Statement and instructions for completion of this form are contained on Page 3 of this form

**Form OBD-3 (Revised 4-2005)**

# OMEGA WORLD TRAVEL

| KUHNS/MELISSA | | **Attention: JOANN LILLO** | | | 20-Nov-2006   4:26 pm |
|---|---|---|---|---|---|

The booking locator is M6PVMU.
The fare is $1943.80.

| | Air | United Airlines | | | Flight# 5827 | Class: B |
|---|---|---|---|---|---|---|
| 29-Nov-2006 | From: | Wausau Central Wisc WI, USA | | | To: | Chicago O'Hare IL, USA |
| 04:18pm | Meal: | None | | | Seats: | Seat:07C |
| Wednesday | Equip | CRJ-Canadair Regiona | | | Status: | Confirmed |
| | Depart: | 29-Nov-2006 Wednesday | 04:18pm | | Stops: | 0 |
| | Arrival: | 29-Nov-2006 Wednesday | 05:29pm | | | |

OPERATED BY UNITED EXPRESS/SKYWEST
Depart -
Arrive - ORD TERMINAL 1
United Airlines locator: M6PVMU

| | Air | Alaska Airlines | | | Flight# 131 | Class: Y |
|---|---|---|---|---|---|---|
| 29-Nov-2006 | From: | Chicago O'Hare IL, USA | | | To: | Anchorage AK, USA |
| 07:15pm | Meal: | DINNER | | | | |
| Wednesday | Equip | Boeing 737 Jet | | | Status: | Confirmed |
| | Depart: | 29-Nov-2006 Wednesday | 07:15pm | | Stops: | 0 |
| | Arrival: | 29-Nov-2006 Wednesday | 11:10pm | | | |

Depart - ORD TERMINAL 3
Arrive - ANC TERMINAL S
Alaska Airlines locator: INZVWD

| | Air | Northwest Airlines | | | Flight# 846 | Class: Y |
|---|---|---|---|---|---|---|
| 04-Dec-2006 | From: | Anchorage AK, USA | | | To: | Minneapolis St Pl MN, USA |
| 08:55am | Meal: | FOOD TO PURCHASE | | | Seats: | Seat:22C |
| Monday | Equip | Boeing 757 Jet | | | Status: | Confirmed |
| | Depart: | 04-Dec-2006 Monday | 08:55am | | Stops: | 0 |
| | Arrival: | 04-Dec-2006 Monday | 05:22pm | | | |

Depart - ANC TERMINAL S
Arrive - MSP TERMINAL L
Northwest Airlines locator: MUC2LL

| | Air | Northwest Airlines | | | Flight# 5679 | Class: Y |
|---|---|---|---|---|---|---|
| 04-Dec-2006 | From: | Minneapolis St Pl MN, USA | | | To: | Wausau Central Wisc WI, USA |
| 07:15pm | Meal: | None | | | Seats: | Seat:03B |
| Monday | Equip | CRJ-Canadair Regiona | | | Status: | Confirmed |
| | Depart: | 04-Dec-2006 Monday | 07:15pm | | Stops: | 0 |
| | Arrival: | 04-Dec-2006 Monday | 08:16pm | | | |

OPERATED BY NORTHWEST AIRLINK
Depart - MSP TERMINAL L
Arrive -
Northwest Airlines locator: MUC2LL

**TOUR**

| 30-Sep-2007 | Los Angeles CA, USA |
|---|---|
| Sunday | HAVE A NICE TRIP |

****AIR PRICE SHOWN ON THIS PNR IS BASED PER PERSON*****

OMEGA WORLD TRAVEL CITY OF INDUSTRY-888-640-4443
OFFICE HOURS: 8AM-5PM MONDAY-FRIDAY PST
FOR AFTER HOURS AND WEEKEND CALL 1-800-285-6342
AND GIVE IDETIFICATION CODE 5I8-DOJX ANC
VIEW YOUR TRIP ONLINE: WWW.VIEWTRIP.COM
PLEASE RECONFIRM YOUR FLIGHTS 24HRS PRIOR TO DEPARTURE
MINIMUM CHECK-IN TIME IS 2 HOURS PRIOR TO DEPARTURE
TICKETLESS TKT NBR 0167615623731 /1943.80/20NOV2006

12/12/06  11:01 AM

NV 3 1 SP1 HF2



**ESD Anchorage - Downtown**
**108 East 8th Avenue**
**Anchorage, AK 99501**
**907-868-1605**
**Property ID: 9857**

| | |
|---|---|
| Folio # 21980 | Room: 122 |
| Kuhns, Melissa | Arrival: 11/30/2006 |
| 4108 E jelinek ave | Departure: 12/1/2006 |
| OCALA, FL 34476 | |
| Company: US Attorneys Office | |

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 43376 | 11/30/2006 | Rm: 122 LV1 - Rack | $89.99 | $0.00 | $89.99 |
| 43449 | 12/1/2006 | DB-1247 US Attorneys Office Inv:6195 | $0.00 | $89.99 | $0.00 |
| | | | | **Balance:** | **$0.00** |

**Folio Summary**

| | |
|---|---|
| Previous Balance: | $0.00 |
| Room Charges: | $89.99 |
| Other Charges/Credits: | $0.00 |
| Phone Charges: | $0.00 |
| Tax: | $0.00 |
| Less Payments: | $89.99 |
| | |
| **Total Amount Due:** | **$0.00** |

Method of Pay:    Direct Bill        **DB Ref PO# (US Attorney no #)**
                                      **JoAnn Lillo**

Signature:

- Cardholder acknowledges receipt of goods and/or
services in the amount of the total shown above and agrees to perform
the obligations and terms in the cardholder agreement with the seller.

- The above rate is based on your length of stay as stated on this
folio. Any variance to your actual departure date can result in a daily
rate adjustment that will be reflected in total room charges on your
final bill.

12/12/06  11:01 AM                                                    NV 3.1 SP1 HF2



**ESD Anchorage - Downtown**
**108 East 8th Avenue**
**Anchorage, AK 99501**
**907-868-1605**
**Property ID: 9857**

Folio # 21997                                          Room: 232
Kuhns, Melissa                                         Arrival: 12/3/2006
4108 E jelinek ave                                     Departure: 12/4/2006
OCALA, FL 34476
Company: US Attorneys Office

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 43667 | 12/3/2006 | Rm: 232 User Override | $89.99 | $0.00 | $89.99 |
| 43685 | 12/4/2006 | DB-1247 US Attorneys Office Inv:6209 | $0.00 | $89.99 | $0.00 |
|  |  |  |  | Balance: | $0.00 |

| | | Folio Summary | |
|---|---|---|---|
| | | Previous Balance: | $0.00 |
| | | Room Charges: | $89.99 |
| **Method of Pay:** Direct Bill | DB Ref PO# USAttorney (no PO #) | Other Charges/Credits: | $0.00 |
| | JoAnn Lillo | Phone Charges: | $0.00 |
| | | Tax: | $0.00 |
| | | Less Payments: | $89.99 |
| **Signature:** | | | |
| | | **Total Amount Due:** | $0.00 |

- Cardholder acknowledges receipt of goods and/or
services in the amount of the total shown above and agrees to perform
the obligations and terms in the cardholder agreement with the seller.

- The above rate is based on your length of stay as stated on this
folio. Any variance to your actual departure date can result in a daily
rate adjustment that will be reflected in total room charges on your
final bill.

myPay

| Text Version | | Help |

| | | Next >> | View More: |

393545 12/22/06 856.25 

---

DFAS-INDIANAPOLIS CENTER
DIR FOR CENTRAL DISB
8899 E. 56TH STREET
INDIANAPOLIS, IN 46249-8600

**TRAVEL VOUCHER**

VOUCHER NO.: 393545
PAID BY JOSEPH A. MYRDA
DFAS-IN
DATE VOUCHER PREPARED: 12/22/06
PAID BY DSSN: 5570
PAYMENT FOR TDY SETTLEMENT

---

**Section 1: Personal Information**

| PAYEE'S | ANGELA G BIRT |
| NAME | 25 WATERS EDGE CIRCLE |
| AND | APT NO 530 |
| ADDRESS | GEORGETOWN TX 78626 |

| PAYEE (LAST NAME, FIRST, MI) | RANK OR GRADE | SOCIAL SECURITY NUMBER |
| BIRT, ANGELA G | W4 | ███-0606 |

This is your travel voucher for the TDY period indicated below. Questions or comments that you have regarding this voucher can be addressed by calling: your local travel office.

**Section 2: Summary of Entitlements - Includes all allowed reimbursements net of any previous government payments/advances.**

| TRAVEL ORDER | ORDER DATE | TDY PERIOD |
| 11-07000SYSTEMGEN | 11/20/06 | 11/25/06 - 12/03/06 |

| | | ENTITLEMENTS | |
| | | PER DIEM | 722.50 |
| | | REIMBURSABLE EXPENSES | 1433.75 |
| | | TOTAL ENTITLEMENTS | $ 2156.25 |
| | | LESS: PARTIAL PAYMENT DEDUCTED | 0.00 |
| 06355221740IATS | WCD: DNTV7 | TRAVEL ADVANCE DEDUCTED | 0.00 |
| | | GOVT CHARGE CARD PAYMENT | 1300.00 |
| CHECK NUMBER | DATE PAID | | |
| 074036081137189 | 12/26/06 | AMOUNT PAID TO TRAVELER | **$856.25** |

**REMARKS**

TLT

**PER DIEM**

| LOCATION | FROM | TO | #DAYS | M&IE | LODGING | AMOUNT |
|---|---|---|---|---|---|---|
| TX ROUNDROCK / WILLIAMSON | | 06/11/25 | 1 | 63.75 * | 0.00 | 63.75 |
| AK ANCHORAGE | 06/11/25 | 06/12/02 | 7 | 595.00 | 0.00 | 595.00 |
| TX ROUNDROCK / WILLIAMSON | 06/12/03 | | 0 | 63.75 * | 0.00 | 63.75 |

*FIRST AND LAST DAY OF TRAVEL @ 75% OF M&IE

| | | | | | TOTAL | $722.50 |

myPay

| | REIMBURSEMENT | |
|---|---|---|
| EXPENSES | REQUESTED | ALLOWED |
| ATM ADVANCE EXPENSE | 12.00 | 12.00 |
| BAGGAGE HANDLING | 20.00 | 20.00 |
| PARKING - AIRPORT | 72.00 | 72.00 |
| AUTO ROUNDTRIP TO-FROM AIRPORT | 31.15 | 31.15 |
| AIRFARE | 1277.30 | 1277.30 |
| AGENT FEES | 21.30 | 21.30 |
| Total | 1433.75 | 1433.75 |

| Section 3: Accounting Classification for Budget Purposes Only. | |
|---|---|
| 2172020.0000 22 2010 P436099 21T2 023185 US K3BURA RAK3BU BIR0606TA10070 | 2156.25 |

TOTAL

DD1351

Commitment Data



**3rd Qtr 4/5/2007**      **Edit/Add/Delete Commitment Records For**

| Type: | DOC: | APC: | EOR: | AMS: | Desc: |
|---|---|---|---|---|---|
| Non CivPay | KUH5456 | | | | |

Printable Format      Export To Excel

| Document #▾ | User ID | Date▾ | APC▾ | EOR▾ | Amount▾ | AMS▾ | Description▾ |
|---|---|---|---|---|---|---|---|
| E C D •KUH5456TA10080 | johnsb | 01/16/07 | K3BU | 21T1 | 1,404.80 | 43609946000 | Army Witness |
| E C D •KUH5456TA10080 | johnsb | 01/29/07 | K3BU | 21T2 | 822.95 | 43609946000 | Army Witness |
| Total: | | | | | 2,227.75 | | |

- Click "Add" button to Add Record
- Click "E" to Edit Record
- Click "C" to Copy Record
- Click "D" to Delete Record

- √ SI Candidate
- † SI Uploaded
- • Ob Copied
- * CivPay
- ‡ SAF

TRAVEL VOUCHER

DFAS-INDIANAPOLIS CENTER
DIR FOR CENTRAL DISB
8899 E. 56TH STREET
INDIANAPOLIS, IN 46249-8600

D O VOUCHER NO
329749
PAID BY
KENNETH L
KIELMAN
DFAS-IN
29-JAN-07
5570

DUE THE U.S. $ 0.00

| PAYEE'S | DAVID C KUHNS |
| NAME | 7448 PRYTHANIA PARK DR |
| AND | COLORADO SPRINGS CO 80923 |
| ADDRESS | |

This is your travel voucher for the TDY period indicated below. Questions or comments that you have regarding this voucher can be addressed by calling: (1-800-)

| PAYEE(LAST NAME, FIRST, MI) | RANK OR GRADE | SOCIAL SECURITY NUMBER |
| DAVID C KUHNS | E6 | ***-**-5456 |

TRAVEL ORDER
11-080002/10THSFG                                20061122

TDY PERIOD                          20061126 - 20061130

| | | ENTITLEMENTS | |
| | | PER DIEM | 667.50 |
| | | REIMBURSABLE EXP | 155.45 |
| | | TOTAL ENTITLEMENTS | $822.95 |
| | | LESS: PARTIAL PAYMENT DEDUCTED | 0.00 |
| | | TRAVEL ADVANCE DEDUCTED | .00 |
| 07028214926IATS | WCD: | GOVT CHARGE CARD PAYMENT | .00 |
| TRACE | | | |
| NUMBER | EFT ENT DATE | | |
| 074036080094440 | 30-JAN-07 | AMOUNT PAID TO TRAVELER | $822.95 |

REMARKS

PER DIEM

| LOCATION | FROM | TO | #DAYS | M&IE | LODGING | AMOUNT |
|---|---|---|---|---|---|---|
| CO COLORADO SPRINGS/EL PASO | | | | | | |
| | | 06/11/26 | 1 | 63.75 | 95.00 | 158.75 |
| AK ANCHORAGE | | | | | | |
| | 06/11/26 | 06/11/29 | 3 | 255.00 | 190.00 | 445.00 |
| CO COLORADO SPRINGS/EL PASO | | | | | | |
| | 06/11/30 | | 0 | 63.75 | .00 | 63.75 |

|  |  | TOTAL | $667.50 |
|---|---|---|---|

|  |  | REIMBURSMENT | |
| EXPENSES |  | REQUESTED | ALLOWED |
|---|---|---|---|
| TAXI - LIMO OTHER |  | 109.25 | 109.25 |
| ATM ADVANCE EXPENSE |  | 12.00 | 12.00 |
| ALLOWED LODGING TAXES |  | 34.20 | 34.20 |
|  | TOTAL | $155.45 | $155.45 |

### ACCOUNTING CLASSIFICATION(S)

2172020.0000 22 2010 P436099 21T2 023185 US K3BURA
RAK3BU                                                        $822.95

# David J. Sperbeck, Ph.D.

2530 Debarr Road

A.K. Cert. AA0233

tel: (907) 563-8816
fax: (907) 264-3588

Anchorage, Alaska 99508

Licensed Clinical Psychologist
Fellow, American College of Forensic Psychology
Member, National Academy of Neuropsychology
Member, American Psychological Association
Tax Identification #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

Client/Case: Shepherd v. lakeway & USA

Address:   Richard L. Pomeroy, Asst AG

U.S.   Department of Justice

222 W. 7th Ave., #9 Room 253

Anchorage, Ak   99513-7567

| Date | Procedure | Charge | Payment | Balance |
|------|-----------|--------|---------|---------|
| 7/23/04 | Review of Records (4 hours @ $250/hr) | 1000.00 | -0- | 1000.00 |
| 10/25/04 | IME Cancellation Fee (No Notice) | 500.00 | -0- | 1500.00 |
| 10/26/04 | IME Cancellation Fee (No Notice) | 500.00 | -0- | 2000.00 |
| 10/30/04 | U.S. Treasury payment | | 1000.00 | 1000.00 |
| 12/27/04 | U.S. Treasury payment | | 1000.00 | 0.00 |
| 01/06/05 | Consult Dr. Smith/Review records x2 hr | 500.00 | -0- | 500.00 |
| 01/07/05 | Research literature x4 hrs. | 1000.00 | -0- | 1500.00 |
| 01/12/05 | Review of records x2 hrs. | 500.00 | -0- | 2000.00 |
| 01/13/05 | Psych test/scroring x4 hrs | 1000.00 | -0- | 3000.00 |
| 01/14/05 | Psych Interview/notes x4 hrs. | 1000.00 | -0- | 4000.00 |
| 02/13/05 | Report preparation x8 hrs. | 2000.00 | -0- | 6000.00 |
| 03/21/05 | U.S. Treasury payment | | 6000.00 | -0- |

Page 2

Billings for:    Shepherd v. Jakeway et. al.

| Date | Procedure | Charge | Payment | Balance |
|------|-----------|--------|---------|---------|
| 03/25/05 | Research Literature x8 hr | 2000.00 | -0- | 2000.00 |
| 04/08/05 | U.S. Treasury payment | | 2000.00 | -0- |
| 08/30/05 | Review of records x1 hr. | 250.00 | -0- | 250.00 |
| 09/15/05 | Deposition x2 hr | 700.00 | -0- | 950.00 |
| 10/21/05 | U.S. Treasury payment | | 950.00 | -0- |
| 05/01/06 | Trial preparation x1 hr | 250.00 | -0- | 250.00 |
| 05/05/06 | Trial preparation x2 hrs. | 500.00 | -0- | 750.00 |
| 05/08/06 | Review records x2 hrs. | 500.00 | -0- | 1250.00 |
| 06/06/06 | U.S. Treasury payment | | 1250.00 | -0- |
| 11/28/06 | Review of records x 2 hrs. | 500.00 | -0- | 500.00 |
| 11/29/06 | Trial testimony x 4 hrs. | 1400.00 | -0- | 1900.00 |