IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>          Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>          Defendants. | Case No. 3:01-cv-333-JKS |

### DECLARATION OF BURNETTE JOHNSON

I, Burnette Johnson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge.

1. I am the Budget Officer for the U.S. Army Legal Services Agency (USALSA), Department of the Army, Arlington, Virginia. I am responsible for coordinating travel requests and approval of funds in payment of travel expenses related to official travel of Army service members and civilian employees. Part of my responsibilities includes obtaining approval and funds for travel of personnel for litigation matters (trials, depositions, etc.) in which the U.S. Army has an interest.

2. I am personally familiar with the procedures used in obtaining approval for official government travel and with the procedures involving official travel of witnesses for the purpose of appearing at trial.

3. As part of my duties as the USALSA Budget Officer, I obtained approval for payment for the travel of CW4 Angela Birt and Staff Sergeant David Kuhns to travel to Anchorage, Alaska for the trial of Shepherd v. Jakeway, November 27 - December 1, 2006.

4. The travel costs for Ms. Birt were as follows:

| | |
|---|---|
| Meals and Incidental Expenses | $ 722.50 |
| Airfare | $1277.30 |
| Airport Parking | $ 72.00 |
| Travel Agent Fee | $ 21.30 |
| Auto to and from airport | $ 31.15 |
| Total | $2,102.95 (Attachment A) |

5. The travel costs for Staff Sergeant Kuhns were as follows:

| | |
|---|---|
| Meal and Incidental Expense | $ 382.50 |
| Airfare | $1404.80 (Attachment B) |
| Taxi | $ 109.25 |
| Lodging and taxes | $ 319.20 |
| Total | $2215.75 (Attachment C) |

6. Attachment A is a copy of the Travel Voucher indicating the amounts paid to Ms. Brit by DFAS-Indianapolis Center. Attachment B was pulled from Resources Service Washington (RSA) and shows the actual amount paid for Sergeant Kuhns' airfare. Attachment C is a copy of the Travel Voucher showing the amounts paid to Sergeant Kuhns by DFAS-Indianapolis.

5 April 2007
Date

*Burnette Johnson* (signature)
Burnette Johnson
Budget Officer
U.S. Army Legal Services Agency

# A

myPay                                                                Page 1 of 2

| Text Version | | Help |

|                    | Next >> | View More: |
|                    |         | 393545 12/22/06 856.25 |

DFAS-INDIANAPOLIS CENTER          TRAVEL VOUCHER         VOUCHER NO.: 393545
DIR FOR CENTRAL DISB                                     PAID BY JOSEPH A. MYRDA
8899 E. 56TH STREET                                                     DFAS-IN
INDIANAPOLIS, IN 46249-8600               DATE VOUCHER PREPARED: 12/22/06
                                                          PAID BY DSSN: 5570
                                                    PAYMENT FOR TDY SETTLEMENT

**Section 1: Personal Information**

PAYEE'S           ANGELA G BIRT
NAME              25 WATERS EDGE CIRCLE
AND               APT NO 530
ADDRESS           GEORGETOWN TX 78626

PAYEE (LAST NAME, FIRST, MI)       RANK OR GRADE       SOCIAL SECURITY NUMBER
BIRT, ANGELA G                     W4                          -0606

This is your travel voucher for the TDY period indicated below. Questions or comments that you have regarding this voucher can be addressed by calling: your local travel office.

**Section 2:** Summary of Entitlements - Includes all allowed reimbursements net of any previous government payments/advances.

TRAVEL ORDER                    ORDER DATE      TDY PERIOD
11-07000SYSTEMGEN                 11/20/06      11/25/06 - 12/03/06
                                ENTITLEMENTS
                                  PER DIEM                              722.50
                                  REIMBURSABLE EXPENSES               1433.75
                                  TOTAL ENTITLEMENTS                 $ 2156.25
                                  LESS: PARTIAL PAYMENT DEDUCTED        0.00
06355221740IATS    WCD: DNTV7         TRAVEL ADVANCE DEDUCTED           0.00
                                      GOVT CHARGE CARD PAYMENT       1300.00
CHECK NUMBER       DATE PAID
074036081137189    12/26/06     AMOUNT PAID TO TRAVELER              $856.25

                                  REMARKS
TLT

                                  PER DIEM
LOCATION                        FROM       TO        #DAYS  M&IE     LODGING   AMOUNT
TX ROUNDROCK / WILLIAMSON                  06/11/25    1    63.75 *   0.00      63.75
AK ANCHORAGE                    06/11/25   06/12/02    7   595.00     0.00     595.00
TX ROUNDROCK / WILLIAMSON       06/12/03               0    63.75 *   0.00      63.75
*FIRST AND LAST DAY OF TRAVEL @ 75% OF
M&IE
                                                             TOTAL            $722.50

https://mypay.dfas.mil/Travel_AOP.aspx?AccessString=DJMSAA~EMAIL&globalid=DN...   1/10/2007

|  | REIMBURSEMENT | |
| --- | --- | --- |
| EXPENSES | REQUESTED | ALLOWED |
| ATM ADVANCE EXPENSE | 12.00 | 12.00 |
| BAGGAGE HANDLING | 20.00 | 20.00 |
| PARKING - AIRPORT | 72.00 | 72.00 |
| AUTO ROUNDTRIP TO-FROM AIRPORT | 31.15 | 31.15 |
| AIRFARE | 1277.30 | 1277.30 |
| AGENT FEES | 21.30 | 21.30 |
| Total | 1433.75 | 1433.75 |

| Section 3: Accounting Classification for Budget Purposes Only. |
| --- |

2172020.0000 22 2010 P436099 21T2 023185 US K3BURA RAK3BU
BIR0606TA10070                                                              2156.25

                                                                    TOTAL

DD1351

# B

Commitment Data                                                                 Page 1 of 1



**3rd Qtr 4/5/2007**   **Edit/Add/Delete Commitment Records For**

| Type: | DOC: | APC: | EOR: | AMS: | Desc: |
|---|---|---|---|---|---|
| Non CivPay | KUH5456 | | | | |

**Printable Format**   **Export To Excel**

| | Document #▾ | User ID | Date▾ | APC▾ | EOR▾ | Amount▾ | AMS▾ | Description▾ |
|---|---|---|---|---|---|---|---|---|
| E C D • | KUH5456TA10080 | johnsb | 01/16/07 | K3BU | 21T1 | 1,404.80 | 43609946000 | Army Witness |
| E C D • | KUH5456TA10080 | johnsb | 01/29/07 | K3BU | 21T2 | 822.95 | 43609946000 | Army Witness |
| Total: | | | | | | 2,227.75 | | |

- Click "Add" button to Add Record
- Click "E" to Edit Record
- Click "C" to Copy Record
- Click "D" to Delete Record

- √ SI Candidate
- † SI Uploaded
- • Ob Copied
- * CivPay
- ‡ SAF

# C

|  |  |  |
|---|---|---|
| DFAS-INDIANAPOLIS CENTER<br>DIR FOR CENTRAL DISB<br>8899 E. 56TH STREET<br>INDIANAPOLIS, IN 46249-8600<br><br>DUE THE U.S. $ 0.00 | TRAVEL VOUCHER | D O VOUCHER NO<br>329749<br>PAID BY<br>KENNETH L<br>KIELMAN<br>DFAS-IN<br>29-JAN-07<br>5570 |

| PAYEE'S NAME AND ADDRESS | DAVID C KUHNS<br>7448 PRYTHANIA PARK DR<br>COLORADO SPRINGS CO 80923 |
|---|---|

This is your travel voucher for the TDY period indicated below. Questions or comments that you have regarding this voucher can be addressed by calling: (1-800-)

| PAYEE(LAST NAME, FIRST, MI)<br>DAVID C KUHNS | RANK OR GRADE<br>E6 | SOCIAL SECURITY NUMBER<br>\*\*\*-\*\*-5456 |
|---|---|---|

TRAVEL ORDER
11-080002/10THSFG                    20061122

TDY PERIOD                    20061126 - 20061130

|  |  |  |  |
|---|---|---|---|
|  |  | ENTITLEMENTS | 667.50 |
|  |  | PER DIEM | 155.45 |
|  |  | REIMBURSABLE EXP | $822.95 |
|  |  | TOTAL ENTITLEMENTS | 0.00 |
|  |  | LESS: PARTIAL PAYMENT DEDUCTED |  |
|  |  | TRAVEL ADVANCE DEDUCTED | .00 |
| 07028214926IATS<br>TRACE<br>NUMBER<br>074036080094440 | WCD:<br><br>EFT ENT DATE<br>30-JAN-07 | GOVT CHARGE CARD PAYMENT<br><br>AMOUNT PAID TO TRAVELER | .00<br><br>$822.95 |

REMARKS

PER DIEM

| LOCATION | FROM | TO | #DAYS | M&IE | LODGING | AMOUNT |
|---|---|---|---|---|---|---|
| CO COLORADO SPRINGS/EL PASO |  |  |  |  |  |  |
|  |  | 06/11/26 | 1 | 63.75 | 95.00 | 158.75 |
| AK ANCHORAGE |  |  |  |  |  |  |
|  | 06/11/26 | 06/11/29 | 3 | 255.00 | 190.00 | 445.00 |
| CO COLORADO SPRINGS/EL PASO |  |  |  |  |  |  |
|  | 06/11/30 |  | 0 | 63.75 | .00 | 63.75 |

|  |  | TOTAL | $667.50 |
|---|---|---|---|
| EXPENSES |  | REIMBURSMENT REQUESTED | ALLOWED |
| TAXI - LIMO OTHER |  | 109.25 | 109.25 |
| ATM ADVANCE EXPENSE |  | 12.00 | 12.00 |
| ALLOWED LODGING TAXES |  | 34.20 | 34.20 |
|  | TOTAL | $155.45 | $155.45 |

ACCOUNTING CLASSIFICATION(S)

2172020.0000 22 2010 P436099 21T2 023185 US K3BURA RAK3BU          $822.95