NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,               )<br>                                              )<br>         Plaintiff,                      )<br>                                              )<br>      v.                                     )<br>                                              )<br> MILTON J. JAKEWAY and the  )<br>UNITED STATES OF AMERICA, )<br>                                              )<br>          Defendant.                   )<br>                                              )<br>_____  ) | Case No. 3:01-cv-00333-JKS<br><br>**NOTICE OF COST BILL HEARING** |

 The United States, through counsel, has submitted its bill of costs with this

Notice.  A cost bill hearing will be held before Clerk Ida Romack, on May 4, 2007,

at 9:00 a.m. at the clerk's office in the Federal Courthouse at Anchorage, Alaska.

The Plaintiff may appear in person, or telephonically by calling the Clerk's Office

at (907) 677-6101, to object to any costs requested. The Plaintiff may also object in writing before the hearing.

Respectfully submitted this 9th day of April, 2007.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2007,
a copy of the foregoing Notice of Cost
Bill Hearing and Bill of Costs with
attachment were served electronically
on Yale H. Metzger and by U.S Mail on:

LeRoy E. DeVeaux.
701 W. 41st Ave., Suite 201
Anchorage, AK 99503-6604

s/ Susan J. Lindquist