NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  susan.lindquist@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No. 3:01-cv-00333-JKS<br><br><br><br><br><br>**STIPULATION TO DISMISS<br>BILLS OF COSTS** |

　　　The parties, through counsel, stipulate to dismiss their cost bills.  Each side will bear its own costs.  The parties agree that there is nothing more to do on this case and it can be closed.  An order has been drafted for the court's use.

Respectfully submitted June 12, 2007, in Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney

    /s Susan J. Lindquist
    Assistant U. S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3378
    Fax: (907) 271-2344
    E-mail: susan.lindquist@usdoj.gov
    AK Bar #9008053

    LAW OFFICES OF YALE H. METZGER

    /s Yale H. Metzger (consent)
    101 E. 9th Ave., Suite 7A
    Anchorage, AK 99501
    Phone: (907) 258-1894
    Fax: (907) 277-1894
    E-mail: yhmetzger@aol.com
    AK Bar #9512082

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2007
a copy of the foregoing **STIPULATION TO DISMISS BILLS OF COSTS** was served
by U. S. Mail on:

LeRoy E.DeVeaux.
701 W. 41st Ave., Suite 201
Anchorage, AK 99503-6604

s/ Susan J. Lindquist