IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | Case No. 3:01-cv-333-JKS<br><br><br><br><br>**[PROPOSED] ORDER ACCEPTING STIPULATION TO DISMISS COST BILL** |

　　The parties, through counsel, stipulated to dismiss their cost bills. Each party agreed to bear its own costs. The stipulation is accepted. The parties also represented that there was nothing left to do in this case and that it could be closed. The court agrees and closes this case.

Date: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　United States District Court Judge