NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendants

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELISHA SHEPHERD,<br><br>            Plaintiff,<br><br>vs.<br><br>MILTON J. JAKEWAY and the<br>UNITED STATES OF AMERICA,<br><br>            Defendants. | Case No. 3:01-cv-00333-JKS<br><br>MILTON JAKEWAY'S PAYMENT OF<br>AMOUNT IN VERDICT |

Milton Jakeway hereby pays the verdict amount of $1.00 in cash. Although the judgment has not entered, he wishes to pay now to avoid any interest charges. I do not file this document with the court at this time.

Respectfully requested this 4th day of December, 2006, in Anchorage, Alaska.

                                              NELSON P. COHEN
                                              United States Attorney

                                              s/ Susan J. Lindquist
                                              Assistant U. S. Attorney
                                              222 West 7th Ave., #9, Rm. 253
                                              Anchorage, AK 99513-7567
                                              Phone: (907) 271-3378
                                              Fax: (907) 271-2344
                                              E-mail: susan.lindquist@usdoj.gov
                                              AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2006,
a copy of the foregoing and $1:00 was served
in person to the law office
of Yale H. Metzger, by messanger

Yale Metzger
425 G St. Suite 510
Anchorage, Ak 99501

s/ Susan J. Lindquist

Please return a signed receit.Yale Metzger
425 G St. Suite 510
Anchorage, Ak 99501

### RECEIPT

I acknowledge that I received Payment of $1:00 in cash.

_Yale H._  8/9/07

Print Name:

Office of Yale Metzger

Shepherd v. Jakeway, et al.
Case No. 3:01-cv-333-JKS          2